Exhibit A



039338-07   06 AUG 2007  01:09:00pm

Book:2007
Page:039338-07
2 pages

reclao

REAL ESTATE DOCUMENT
GREENE COUNTY, MISSOURI
RECORDERS CERTIFICATION

Linda L. Montgomery
RECORDER OF DEEDS

CORPORATION ASSIGNMENT OF DEED OF TRUST
Doc. ID# 01197418762005N
Commitment# 659576

For Value Received, the undersigned, COUNTRYWIDE BANK, NA (Grantor), 1800 Tapo Canyon Road, Simi Valley, CA 93063, hereby grants, assigns and transfers to:
Countrywide Home Loans, Inc. (Grantee)
1800 Tapo Canyon Road, Simi Valley, CA 93063

All beneficial interest under that certain Deed of Trust dated 5/23/06, executed by: AMY J TAPPRICH, Trustor as per TRUST DEED recorded as Instrument No. 28096 on 5/26/06 in Book 2006 Page 028096-06 of official records in the County Recorder's Office of GREENE County, MISSOURI.
Tax Parcel = 88-13-01-116-011,  GREENE COUNTY COLLECTOR OF REVENUE
Original Mortgage $64,389.00
1010 E EVERGREEN ST, SPRINGFIELD, MO 65803

(See attached page 2 for Legal Description)
Together with the Note or Notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Deed of Trust.

Dated: 07/18/2007      COUNTRYWIDE BANK, NA (Grantor)

By: _____
Tom Garcia, Assistant Secretary

State of California
County of Ventura

On 7-23-07 before me, Jenna McDonald, personally appeared Tom Garcia, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their duly authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the persons acted, executed the instrument. Witness my hand and official seal.

Signature: Jenna McDonald
Jenna McDonald

Prepared by: Kathie Tepoxtecatl
Recording requested by AND
When recorded mail to:
COUNTRYWIDE HOME LOANS, INC.
DOCUMENT PROCESSING MS: SV-79
PO BOX 10423
VAN NUYS, CA, 91499-6211
Attn: ASSIGNMENT UNIT
Phone#: (805) 577-4765  Ext: 4765


JENNA MCDONALD
Commission # 1749775
Notary Public - California
Ventura County
My Comm. Expires Jun 9, 2011

000659576   TAPPRICH   AJ

610  119741876  D8  002  002

(1)




039338-07   06 AUG 2007  01:09:00pm

Book:2007
Page:039338-07
2 pages

reclac

REAL ESTATE DOCUMENT
GREENE COUNTY, MISSOURI
RECORDERS CERTIFICATION

*Linda L. Montgomery*
RECORDER OF DEEDS

CORPORATION ASSIGNMENT OF DEED OF TRUST
Doc. ID# 01197418762005N
Commitment# 659576

For value received, the undersigned, COUNTRYWIDE BANK, NA (Grantor), 1800 Tapo Canyon Road, Simi Valley, CA 93063, hereby grants, assigns and transfers to:
Countrywide Home Loans, Inc. (Grantee)
1800 Tapo Canyon Road, Simi Valley, CA 93063

All beneficial interest under that certain Deed of Trust dated 5/23/06, executed by: AMY J TAPPRICH, Trustor as per TRUST DEED recorded as Instrument No. 28096 on 5/26/06 in Book 2006 Page 028096-06 of official records in the County Recorder's Office of GREENE County, MISSOURI.
Tax Parcel = 88-13-01-116-011,    GREENE COUNTY COLLECTOR OF REVENUE
Original Mortgage $64,389.00
1010 E EVERGREEN ST, SPRINGFIELD, MO 65803

(See attached page 2 for Legal Description)
Together with the Note or Notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Deed of Trust.

Dated: 07/18/2007    COUNTRYWIDE BANK, NA (Grantor)

By: _____
Tom Garcia, Assistant Secretary.

State of California
County of Ventura

On 7·23·07 before me, Jenna McDonald, personally appeared Tom Garcia, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their duly authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the persons acted, executed the instrument. Witness my hand and official seal.

Signature: *Jenna McDonald*
Jenna McDonald

Prepared by: Kathie Tepoxtecatl
Recording requested by AND
When recorded mail to:
COUNTRYWIDE HOME LOANS, INC.
DOCUMENT PROCESSING MS: SV-79
PO BOX 10423
VAN NUYS, CA, 91499-6211
Attn: ASSIGNMENT UNIT
Phone#: (805) 577-4765  Ext: 4765



JENNA MCDONALD
Commission # 1749775
Notary Public - California
Ventura County
My Comm. Expires Jun 9, 2011

000659576   TAPPRICH   AJ

610  119741876  D8  002  002

(1)



049367-08    01 DEC 2008    03:19:00pm

Book: 2008
Page: 049367-08
2 pages

recsmb

REAL ESTATE DOCUMENT
GREENE COUNTY, MISSOURI
RECORDERS CERTIFICATION

*Linda L. Montgomery*
RECORDER OF DEEDS



000659576    TAPPRICH    AJ
610  119741876  D4  001  002

CORPORATION ASSIGNMENT OF DEED OF TRUST

Doc. ID# 95011974187670532
Commitment# 659576

For value received, the undersigned, Countrywide Home Loans, Inc. (Grantor), 1800 Tapo Canyon Road, Simi Valley, CA 93063, hereby grants, assigns and transfers to:
Countrywide Home Loans Servicing LP (Grantee)
1800 Tapo Canyon Road Simi Valley, CA 93063

All beneficial interest under that certain Deed of Trust dated 5/23/06, executed by: AMY J TAPPRICH, Trustor as per TRUST DEED recorded as Instrument No. 028096-06 on 5/26/06 in Book 2006 Page 028096-06 of official records in the County Recorder's Office of GREENE County, MISSOURI.
    Tax Parcel = 881301116011,    GREENE COUNTY COLLECTOR OF REVENUE
Original Mortgage $64,389.00
1010 E EVERGREEN ST. SPRINGFIELD, MO 65803

(See attached page 2 for Legal Description)
Together with the Note or Notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Deed of Trust.

Dated: 10/10/2008        Countrywide Home Loans, Inc. (Grantor)

By _____
   Heidi Smalley, Assistant Secretary

State of California
County of Ventura

On 10/14/08 before me, Loris Avedisian, Notary Public, personally appeared Heidi Smalley, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

Witness my hand and official seal.

Signature: _____
          Loris Avedisian

LORIS AVEDISIAN
Commission # 1749773
Notary Public - California
Ventura County
My Comm. Expires Jun 9, 2011



Prepared by: Kathie Tepoxtecatl
Recording requested by AND
When recorded mail to:
COUNTRYWIDE HOME LOANS, INC
DOCUMENT PROCESSING Mail Code:
CA6-914-01-43
PO BOX 10423
VAN NUYS, CA, 91499-6211
Attn: ASSIGNMENT UNIT
Phone#: (805) 577-4642 Ext: 4642

(1)