# Affirmation to Notary of Failure to Produce Freedom of Information Request & Request for Affidavit Certifying Affirmation of Statutory Obligation made to Name of Financial Institution: Bank of America, N.A.

## C.C. Director, Office of RESPA and Interstate Land Sales US Department of Housing and Urban Development Room 9154 451 7th Street, SW Washington, DC 20410

The purpose of this Affidavit is to certify that a request for a Freedom of Information request and Qualified Written RESPA Request was made to the above named Financial Institution and the Financial Institution and its Directors/CEO failed to produce the Information requested and failed to produce an Affidavit Certifying that they affirm their activities in regards to account # **119741876** were within the bounds of their Federal, State, contractual, and commercial statutory obligations and oaths of record that they are bound to.

Specifically the Law includes the National Bank Act also known as the National Currency Act , HUD-398-H(4); the Real Estate Settlement Procedures Act, codified as Title 12 § 2605 (e)(1)(B)(e)(ii); and Reg. X § 3500.21(f)2 of the United States Uniform Commercial Code as well as a request under counterfeiting securities under Title 18 USC § 474;  The Consumer Credit Protection Act, The Fair Debt Collections Practices Act, The Fair Credit Reporting Act, the Truth in Lending Act and any and all laws applicable to Financial Institutions federal, state, or contractual (commercial) laws. I understand that under HUD-398-H(4) and/or Section 6 of RESPA you are required to acknowledge my request and answer all the questions and provide me with all requested copies, point by point, as the Lender and/or Servicer of my alleged note and mortgage loan.

In failing to provide such certification the Director CEO, and all agents have shown bad faith and default in their lawful duty of record to legally verify the alleged contractual debt as required by law and as stated specifically in their oaths of office which obligate them to follow the above mentioned laws whether all of them or particular laws listed above.

I Amy Tapprich the affiant in this affidavit am officially demanding administrative default to be reflected for the record along with color of authority actions based on the following:

1) Alleged Creditor failed to produce my original signature in respect to the alleged contract and failed to state for the record who the alleged original creditor was based on the preceding law

2) Alleged Creditor failed to provide an Affidavit Certifying that as fiduciary(s) for the institution they did not breach any federal state contractual commercial or official oath in carrying out the alleged contract

3) Alleged Creditor failed to certify that they did not unlawfully without my consent use my signature to gain assets from a third party(s) then unlawfully made a claim they loaned me money and they failed to substantiate for the record that they did not commit any action that would preclude that they used my identity in a fraudulent or illegal manner in collusion with a third party or additional parties.

4) Neither the Lender nor the Servicer answered the Qualified Written Request, point by point, as per HUD-398-H(4) and RESPA, Section 6, Cortez v. Keystone Bank, Inc., 2000 U.S. Dist. Lexis 5705, *36-37 (E.D. Pa. May 2, 2000). and did not provide Verification of Proof of Claim within the given 60 days to respond, including mail time, with proof of claim that they were the Servicer, Note Holder in Due Course, or Lender that was authorized to collect payments on this alleged mortgage loan and did not produce the recorded original nor a Court certified true copy of the alleged Promissory Note that was to be recorded in Christian County, State of Missouri.

5) That the Lender, Servicer, and Mortgage Backed Trustee are now in **DEFAULT** and **WITHOUT RECOURSE.**

6) When Lender and Servicer does not object and give written reasons as to why after QWR dishonor, to this notice within 3 days upon receipt and 4 days mailing time, the new balance for this mortgage loan account # **119741876** will be a prepaid mortgage balance of zero, the promissory note will be Null and Void, due to a prepaid, fraudulent

7) Promissory Note under the Affidavit Of Default Provisions under this HUD and RESPA QUALIFIED WRITTEN REQUEST with an unlimited Power of Attorney, to act as an Agent for the Lender and/or Servicer, and/or Mortgage Backed Trust (MBT), is to be; therefore, granted to only the home owner Amy Tapprich, to correct all mistakes of this mortgage loan #119741876 and to Satisfy the Mortgage and the Promissory Note under an ADMINISTRATIVE JUDGMENT BY ESTOPPEL in accordance with UCC 3-509...

8) **RULES GOVERNING HOLDING OF REAL ESTATE** And be it further enacted, such associations shall not purchase or hold real estate in any other case or for any other purpose than as specified in this section. Nor shall it hold the possession of any real estate under mortgage, or hold the title and possession of any real estate purchased to secure debts due to it for a longer period than five years. **Section 28 page 108 38th Congress**

9) **BANKS BY LAWS MUST BE CONSISTENT WITH THIS ACT** "Its Board of Directors shall also have power to define and regulate by by-laws, not inconsistent with the provisions of this act". **Section 8 Page 101-102 38th Congress**

10) **OATH OF THE DIRECTORS FILED WITH THE COMPTROLLER OF CURRENCY** "Each Director when appointed or Elected, shall take an oath that he will, so far as the duty devolves on him, diligently and honestly administer the affairs of such association, and will not knowingly violate, or willingly permit to be violated any provisions of this act, and that he is the bona fide owner, in his own right, of the number of shares of stock required by this act, subscribed by him, or standing in his name on the books of the association, and that the same is not hypothecated, or in any way pledged, as security for a loan or debt; which oath subscribed by himself, and certified by the officer before whom it is taken, shall be immediately transmitted to the comptroller of currency, and by him filed and preserved in his office." **Section 9 page 102 38th Congress**

11) **SHUTDOWN OF BANK FOR ILLEGAL ACTIVITY OF SHAREHOLDERS** "The comptroller shall have authority to withhold from an association his certificate authorizing the commencement of business, whenever he shall have reason to suppose that the shareholders thereof have formed the same for any other than the legitimate objects contemplated by this act. **Section 12 page 103 38th Congress**

12) **"NATIONAL BANKING ASSOCIATION CANNOT MAKE LOANS ON THE SECURITY OF THE SHARES OF ITS STOCK** "And be it further enacted That no association shall make any loan or discount on the security of the shares of its own capital stock" **Section 35 Page 110 38th Congress**

13) **BANKS CANNOT CIRCULATE NOTES THAT ARE NOT REDEEMABLE IN LAWFUL UNITED STATES MONEY** "And be it further enacted, That no association shall at any time...knowingly pay out or put in circulation any notes issued by any bank or banking association which at the time of such paying out or putting in circulation is not redeeming its circulating notes in lawful money of the United States.

14) **NATIONAL BANKING ASSOCATIONS FINANCIAL AGENTS OF THE GOVERNMENT** "And be it further enacted That all associations under this act, when designated for that purpose by the Secretary of the Treasury, shall be depositories of public money; and they may be employed as financial agents of the government..., and they shall perform all such reasonable duties, as depositories of public moneys and financial agents of the government, as may be required of them... And the Secretary of the Treasury shall require of the associations this designated satisfactory security, by the deposit of United States Bonds and otherwise, for the safe-keeping and prompt payment of the public money deposited with them, and for the faithful performance of their duties as financial agents of the government **Page 113 Section 45**

15) **IF NOTES ARE NOT REDEEMED BAK CAN BE SHUTDOWN Section 46 page 113-114 38th Congress**

**BANK SHUTDOWN DIRECTORS HELD PERSONALLY LIABLE FOR VIOLATIONS!**

**C.C. Millsap & Singer, P.C.**

**612 Spirit Drive**

**Saint Louis, Missouri 63005**

I _____ the affiant of record testify before this witness who is an officer of the state and a notary public who has the lawful power to take affirmations and attestations of fact from affiants that the above Financial Institution and its fiduciary agents have participated in identity theft and fraud along with illegal transactions in claiming that I am a debtor to them and have failed to respond to requests made by the affiant of record to provide information based on the Freedom of Information Act, have violated their oaths of Office and thus violated federal law and subsequent state law and commercial statutes that apply.

County _____ State _____

Sworn and Subscribed before me_____ this [day] _____[month] _____
[year]_____

Notary Signature_____

# RESPA
# (Real Estate Settlement Procedures)
# Qualified Written Requests
# By Amy Tapprich

Instrument # 0057936858/ Billing Statement # 119741876

- I Amy Tapprich am of the age of maturity to make this affidavit and the testimonial facts herein
- I Amy Tapprich am mentally competent to make this Official Affidavit of Testimonial Facts for the Court Record
- I Amy Tapprich have personal knowledge of the facts in this testimony and affidavit
- This affidavit is made under penalties of perjury and must be responded to by either counter testimony or counter affidavit. The persons must make their official testimony under penalty of perjury. All parties must respond by testimony in court within the required time by statute or this testimony and affidavit of facts will stand as undisputed fact as a matter of law

"I Amy Tapprich declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

[Made Pursuant to Title 28 USCA Section 1746][1]

Summary:

This Affidavit is being forwarded to the Office of the Comptroller of Currency in order to provide an Official Notice that I have sent RESPA Requests to the entities mentioned herein BAC HOME LOANS before attempted foreclosure action and I received no response. I am resending these qualified written requests pursuant to amendments to the RESPA Act 12 USC 2605 as amended by the Dodd-Frank Act of 2010 as passed by the US Congress (11th) and pursuant to the powers of the Bureau of Consumer Financial Protection and the OCC both of which have jurisdiction over the above banking entities.

These qualified written requests are also being forwarded to Bank of America N.A., who are the Sponsors and Master Servicers, also there attorneys / counsel McGuireWoods LLP. I am demanding that Bank of America N.A., BAC HOME LOANS and its attorneys abandon the attempted foreclosure proceedings and withdraw any action of Sheriffs Sale until this qualified written response is answered. I will follow up with the appropriate legal action in the meanwhile to protect my property from Sheriff's Sale.

The Purpose of these qualified written requests is to serve as an offer to cure a fraudulent and wrongful foreclosure action and constructive fraud in regards to a promissory note and mortgage security interest lien initiated between Amy Tapprich and an unknown Creditor and Originator which is allegedly being serviced by Bank of America, National Association.

---

[1] Ferguson v. Commissioner of the Internal Revenue 921 F. 2d. 588 (5th Circuit 1991] 'Court abused its discretion in refusing testimony of witness who refused, on religious grounds, to swear or affirm, and who instead offered to testify accurately and completely and to be subject to penalties for perjury".

BAC HOME LOANS have refused to tell me who the Investor, Trustee, Owner, and or Originator of this loan is despite several requests before its attempt at foreclosure via qualified written responses. **There is a federal penalty of 2000$ per violation including those who unlawfully reported the loan as delinquent to credit reporting agencies even though they knew I had provided qualified written responses.** I have the Signed Certified return Receipts of those documents being sent and the name of the officers who signed and received the RESPA requests.

This RESPA request information is important because as alleged Servicer to that unnamed entity via an unidentified Service agreement, their right BAC HOME LOANS to foreclose is based on 2 conditions.

1) That there exists a lawful Service agreement and identifiable Investor, Trustee, Owner and originator of the Loan and that BAC HOME LOANS is the lawfully Recorder Servicer
2) That the entity (Alleged Investor Trustee Owners and Originators of the Loans) has a lawfully recorded interest in Greene County recorder of deeds in my property.

If both of the above is not actual and in existence and provided via this RESPA request, then your demands for payment and any attempts at foreclosure is unlawful, fraudulent, and moot. Thus I am requesting via the updated RESPA Laws the following information pursuant to 12 USC 2605 (e)

According to 12 USC 2605 e updated RESPA laws you have 5 days to respond to this qualified written request and 30 days to provide the Information I request. During this period you cannot injure my credit rating with any Credit reporting agency. To do so would stand as unlawful according to section e (3) of USC 12 section 2605. I expect full notice to all credit agencies of the removal of such adverse reports as you have already done such and not answered my first and second RESPA requests.

Information requested:

1) List Of things requested according to Federal Rules RESPA and New amendments made under the Dodd-Frank Act of 2010 to RESPA
- Name of the INVESTOR and Trustee of this Loan. I would like the Name of the Investor/Trustee (s) and all names if these are separate and or multiple entities.
- I would like the address of these entities.
- I would like an individual contact to these entities.
- I would like a certified copy of the Service Agreement from the Investor/ Trustee (s) as well as the Pooling and servicing agreement if this is a separate instrument. I would like all account numbers associated with the Trust relationships you service for the Owners Investors and Originators of this alleged loan.
- I would Like a Certified Copy of the Proof that this entity has recorded interest in Greene County in my property.
- Why is the account number on the billing statement different from loan # on the original promissory note
- Name all parties associated with the Account # on the billing statement.
- I would like all documents dealing with the wiring instructions for this account.
- I would like a copy of these entitles' right to do business in the State of Missouri.
- I would like the 1099-OID forms, which was filed with the Department of Treasury and Internal Revenue Service in respect to the Original Note and Mortgage and any of these forms filed by you as a servicer.
- I would like any 1099-A Forms filed as well.
- I would like any 1099-B forms filed in respect to the Original Note and Mortgage.
- I would like any 1096 Forms filed as well.



- I would like any 1099C forms filed. All of these forms are filed by the servicer and Originator and all affiliate parties with the Department of Treasury and Internal revenue Service and apart of tracking the parties that have interest in the alleged loan.
- I am requesting All 1099-C's from any affiliated REMIC's (Real Estate Mortgage Investment Conduits) that you service in respect to this mortgage.
- I would like the name of the Originator of the Original Loan.
- I would like the address and contact number for this entity.
- Since I never received notice of a transfer as required under the RESPA Act. I would like all notices of transfer and assignments that allows for you to act as the current servicer. If you did send me assignments I would like the proof of service that you noticed me of those assignments.
- I would like the names of any and all parties claiming interest in my property that you represent as a servicer via any and all agreements and securitizations. I would like the account numbers of those instruments and all the names and aliases of these entities who have alleged interest in my property who are represented by you as a servicer, along with the addresses and contact numbers.
2) I would like a certified copy of the Original Note, and to know who is the holder in due course of the Original Note that gave rise to the Mortgage. I would like that entities address and an individual contact to that entity.

This request is made in accordance with the RESPA ACT as amended by the Dodd-Frank Act of 2010. You are to confirm receipt of this RESPA Qualified written request within 5 days in writing according to 12 USC 2605 (c) 1 (A) and provide all information within 30days according to 12 USC 2605 c (c) i.

I Amy Tapprich declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Amy J. Tapprich [Made pursuant to Title 28USCA Section 1746] Amy J Cooper

## CERTIFICATE OF ACKNOWLEDGMENT OF NOTARY PUBLIC

State Republic __Kansas__
County/Borough/Parish__Johnson__
This document was acknowledged before me on __May 31 2012__ [Date] by
_____ [Amy Tapprich].
_Amy Tapprich_
(Signature of Officer)
Notary Public for the __State of Kansas__ a
State Republic
My commission expires: __6/07/2015__

RYAN K. FERRELL
Notary Public
State of Kansas
My Commission Expires __6/07/2015__

Exhibit C

## CERTIFICATE OF ACKNOWLEDGMENT OF NOTARY PUBLIC

State Republic __*Missouri*__

County/Borough/Parish __*Greene*__

This document was acknowledged before me on __*7/27/2012*__ [date] by

__*Amy Tapprich / Cooper*__ [Amy Cooper formally known as Amy Tapprich].

__*Ashlee L. Oldham*__

(Signature of Officer)

Notary Public for the __*State of Missouri*__ a State Republic

My commission expires: __*November 9, 2015*__



ASHLEE L. OLDHAM
My Commission Expires
November 9, 2015
Greene County
Commission #11266544

Exhibit C

From: Amy J. Tapprich
     c/o 10810 West 57th Street
     Shawnee, Kansas [66203]

To: Titanium Solutions
ATTN: **Chief Executive Officer:** Mike Radesky, **Chief Operating Officer:** Mark
Katibah, **Executive Vice President, Realtor Network:** Ken Tramp, **Chief Information
Officer:** Steve Campbell, **Sales and Marketing Executive:** Alisa Harris
3023 HSBC Way Sle 200
Fort Mill, SC 29707
United States

Checklist of enclosed package in certified mailing receipt#

1. Real Estate Settlement Procedures Qualified Written Request for Bank of America
   National Association, Instrument #**0057936858** and Billing Statement# **119741876**.
   (3 pages)
2. Freedom of Information Interrogatories Deposition and Discovery of Alleged Debt
   Collectors/Creditors Disclosure Statement for Bank of America National
   Association, Instrument #**0057936858** and Billing Statement# **119741876**. (4 pages)

Note: This Request have been forwarded also to The Comptroller of the Currency, First
Horizon Home Loan Corporation (Sponsor, Seller and Master Servicer), McGuire Woods
LLP (Louis W. Zehil), Bank of America National Association.

Amy J. Tapprich, Living Being, Affiant

All Rights Reserved

## JURAT

State: _Kansas_ )
                 ) ss.
County: _Johnson_ )

For the purpose of verification only, on the _31st_ day of _May_ (month), 2012, Amy J. Tapprich
personally appeared before me and proved to me on the basis of satisfactory evidence to be the person whose
name is subscribed hereto and acknowledged to me that he or she executed the same. Subscribed before me
this day; witness my hand and seal this _31st_ day of _May_ (month), 2012.

SIGNATURE _____ (seal)

RYAN K. FERRELL
Notary Public
State of Kansas
My Commission Expires _6/07/2015_

EXHIBIT C

# JURAT

State: *Missouri* )

)ss.

County: *Greene* )

For the purpose of verification only, on the ___27th___ day of ___July___ (month), 2012, Amy J. Cooper formally known as Amy J. Tapprich personally appeared before me and proved to me on the basis of satisfactory evidence to be the person whose name is subscribed hereto and acknowledged to me that her or she executed the same. Subscribed before me this day; witness my hand and seal this ___27th___ day of ___July___ (month), 2012.

Signature _Ashlee L. Oldham_ ___ (seal)



ASHLEE L. OLDHAM
My Commission Expires
November 8, 2015
Greene County
Commission #11266544

EXHIBIT C

From: Amy J. Tapprich
     c/o 10810 West 57th Street
     Shawnee, Kansas [66203]

To: Bank of America National Association
ATTN: **Chairman:** Charles O Holliday Jr "Chad", **President/CEO:** Brian T. Moynihan,
**Chief Financial Officer:** Bruce R Thompson, **Co-Chief Operating Officer:** David C
Darnell, **Co-Chief Operating Officer:** Thomas K Montag "Monty", **Global
Chief:Legal:** Gary G Lynch
Bank of America Corp Center
100 North Tryon Street
Charlotte, NC 28255
United States

Checklist of enclosed package in certified mailing receipt#

1. Real Estate Settlement Procedures Qualified Written Request for Bank of America
   National Association, Instrument **#0057936858** and Billing Statement# **119741876**.
   (3 pages)
2. Freedom of Information Interrogatories Deposition and Discovery of Alleged Debt
   Collectors/Creditors Disclosure Statement for Bank of America National
   Association, Instrument **#0057936858** and Billing Statement# **119741876**. (4 pages)

Note: This Request have been forwarded also to The Comptroller of the Currency, First
Horizon Home Loan Corporation (Sponsor, Seller and Mater Servicer), McGuire Woods
LLP, Titanium Solution, Louis W. Zehil (Counsel)

Amy J. Tapprich, Living Being, Affiant

All Rights Reserved

## JURAT

State: Kansas   )
              ) ss.
County: Johnson  )

For the purpose of verification only, on the __31st__ day of __May__ (month), 2012, Amy J. Tapprich
personally appeared before me and proved to me on the basis of satisfactory evidence to be the person whose
name is subscribed hereto and acknowledged to me that he or she executed the same. Subscribed before me
this day; witness my hand and seal this __31st__ day of __May__ (month), 2012.

SIGNATURE _____    (seal)

RYAN K. FERRELL
Notary Public
State of Kansas
My Commission Expires 6/67/2015

EXHIBIT C

# JURAT

State: _Missouri_ )

)ss.

County: _Greene_ )

For the purpose of verification only, on the _27th_ day of _July_ (month), 2012, Amy J.
Cooper formally known as Amy J. Tapprich personally appeared before me and proved to me on the
basis of satisfactory evidence to be the person whose name is subscribed hereto and acknowledged to
me that her or she executed the same. Subscribed before me this day; witness my hand and seal this
_27th_ day of _July_ (month), 2012.

Signature _Ashlee L. Oldham_ (seal)



**ASHLEE L. OLDHAM**
My Commission Expires
November 9, 2015
Greene County
Commission #11268544

Amy J. Tapprich
10810 W 57TH ST
SHAWNEE, KS,66203


ATTN:  Brian T. Moynihan & All BAC Home Loan Officials
       BAC Home Loans Servicing, LP
       450 American Street
       Simi Valley, Ca 93065-6285


Certified Mail # 7011 2000 0001 7584 5993


Date: April 16, 2012


RE: Loan # 11974XXXX


Property Address: 1010 East Evergreen Street
                  Springfield, Missouri 65803

## ***NOTICE OF DISPUTE***


To Whom It May Concern:

This is Notice that I am disputing any alleged debt until you provide verification of the debt pursuant, but not limited, to my rights under the Real Estate Settlement procedures Act (RESPA), the Truth In Lending Act (TILA), the Fair Debt Collection Practices Act (FDCPA), the Uniform Commercial Code (UCC), Contract Law and the Fair Credit Billing Act (FCBA).

It appears to me that your company is a **DEBT COLLECTOR,** that I am a consumer, and that this is an alleged debt subject to the provisions of the FDCPA in regards to the collection of an alleged debt owed by me. See: *Britton v. Weiss, U.S Dist Ct., Northern Dist New York, 1988,* and *Laws v. Chesklock, US. Dist. Ct., Northern Dist. Illinois, East. Div., 1999.*

Pursuant to the FDCPA your company, must CEASE and DESIST any and all collection activity, in any and every form, until you provide "such verification" pursuant to the request herein requested. In *Jang v. A. M. Miller & Assocs.,* U.S. *App.* (7th Cir.), *122 F.3d 480; 1977,* the Court stated that 15 U.S.C. "Section l692g **(b) GIVES DEBT COLLECTOR TWO OPTIONS WHEN THEY RECEIVE**

**REQUEST FOR VALIDATION: provide the requested validations and continue their debt collecting activities, or they may cease all collection activities.** *See Smith v. Transworld Systems Inc., 963 F.2d 1025, 1031(6ᵗʰ Cir. 1992)."*

Your failure to provide anything less than the verification requested herein, while continuing to attempt to collect on the alleged debt may be deemed a violation of, but not limited to, the FDCPA for providing false, misleading and/or deceptive information, and misrepresenting the character, amount and/or legal status of the alleged debt for the purpose of harassment and coercion as well as failure to provide verification of the alleged debt.

## NOTICE OP POTENTIAL CIVIL RIGHTS VIOLATION

If you and/or your agents, assigns or successors attempt, or continue to attempt, to collect on the alleged debt in any manner, method or form including court action, negative credit reporting (conspiring with the "credit reporting bureaus"), letters/statements in the mail (conspiring with the United States Post Office/Service"), after failing/refusing to provide verification and adequate assurance (proof of claim) of the alleged debt you claim I owe as required by, but not limited to, UCC, Contract Law, FCBA, FDCPA, it may be deemed a violation of my Civil Rights pursuant, but not limited, to 42 U.S.C.§§ 1985, 1986, and subject you to a lawsuit for damages sustained as well as potential criminal prosecution. Those Civil Rights laws do NOT require "State action/involvement" for one to be found guilty of violating them. This was recognized by the US. Supreme Court in *Griffin v. Breckenridge. 403 U.S. 88, 91 S.Ct.1790, 29 L.Ed.2d 338 (1971)* where they stated, "The failure to mention any such State action requisite can be viewed as an important indication of congressional intent to speak in section 1985(3) of all deprivations of 'equal protection of the laws' and 'equal privileges and immunities under the laws.' *whatever their source."* Also, see *Chapman v. The Higbee Co., 6ᵗʰ Cir. Apps. (2003).* Any collection action involving a court of law, judge, clerk of courts. attorney will subject you to a violation of my Constitutional and Civil Rights pursuant to 42 U.S.C. § 1983. Such action in connection with the "State" will deem you to be a "State actor". See Supreme Court decisions: See *Adickes v. S. H. Kress & Co., 398 U.S. 144 (1970) and Lugar v. Edmonson Oil Co. Inc. et al. 457 U.S. 922, 102 S. Ct. 2744, 73 L. Ed. 2d 482 (1982).*

1.    **THIS IS NOT A REFUSAL TO PAY, but a request for proof of claim: I humbly request verification of money alleged to be owed pursuant, but not limited, to 15 U.S.C. § 1866(b) of the Fair Credit Billing Act, 15 U.S.C. § 1692g - Fair Debt Collection Practices Act;**

2.    I dispute the entire amount and any interest, fees and charges allegedly owed by me to "Lender" and/or "servicer" and/or "Lender's" agents and/or "servicer's" agents, successors and/or assigns;

3.    The amount allegedly owed by me to "Lender" and/or "servicer" appears to be a billing and/or an accounting error:

4.    I do not agree to any changes, notices, alterations, amendments or the like previously, allegedly, mailed by "Lender" and/or "servicer" and/or "Lender's" agents and/or "servicer's" agents to me in regard to this account and I "opt out" of any such notice, allegedly, mailed, if applicable;

5.    I revoke any changes, notices, alterations, amendments or the like previously, allegedly, mailed by Lender" and/or "servicer" and/or "Lender's" agents and/or "servicer's" agents to me, if applicable;

6.      I hereby offer tender to pay the full amount alleged to be owed, pursuant to UCC 3-603, upon verification and/or adequate assurance of the alleged debt (subject to cross-examination and the penalty of perjury) owed by me, to the best of my abilities, whereas such would substantiate that the "Lender" and/or "servicer" has not perpetrated a fraud upon me and is holder in due course of its claims. Payment shall be deemed refused, and/or no obligation exist, if "Lender" and/or "servicer" does not provide verification and/or adequate assurance of the alleged debt as herein requested, and any debt allegedly owed by me is extinguished as on operation of law. "[A]n obligation.... once extinct, it never revives again. " ***Ogden v. Saunder***, *25 U.S. 213 (1827).*

7.      In good faith I will give you a chance to forward me the information before I submit this matter to legal counsel for court procedures. I humbly request that you provide full disclosure as a lawful due process requirement by and through the attached **INTERROGITIVES and QUALIFIED WRITTEN RESPA/TILA REQUEST.**

PLEASE NOTE:

**Certified Copy**: means- "A copy of a document or record, signed and certified as a true copy by the officer to whose custody the original is entrusted"

**Verified Copy**: means- "Copy of document which is shown by independent evidence to be true. A copy, if successive witness traces the original into the hands of a witness who made or compared the copy. See: *Nu Car Carriers v. Treynor, 75 U.S.App.D.C. 174, 125 F.2d 47, 48."*

**Verification**; means- "Confirmation of correctness, truth, or authenticity, by affidavit, oath, deposition. Affidavit of truth of matter stated and object of verification is to assure good faith in averments or statements of party. See *Sheeley v City of Santa Clara 215 Cal.App 2d 83 30 Cal Rptr 121 123* Sworn or equivalent confirmation of truth... in accounting, the process of substantiating entries in books of account."

**Assure: means- "To make certain and put beyond doubt. To declare, aver, avouch, assert, or ensure positively. To declare solemnly; to assure to any one with design of inspiring belief or confidence."

**Assurance**: means- "The act or action of assuring...A declaration tending to inspire full confidence."

The above definitions are from Black's Law dictionary, 6th Ed. "In the absence of a statutory definition, courts give terms their ordinary meeting." *Bass. Terri L. v. Stolper, Koritzinsky, 111 F.3d 1325, 7th Cir. Apps. (1996).* Plain meaning can be determined by using a dictionary. As the U.S. Supreme Court noted, "We have stated time and again that courts must presume that a legislature says in a statute what it means and means in a statute what it says there. See, e.g., *United States v. Ron Pair Enterprises. Inc., 489 U.S. 235, 241-242 (1989)*; *United States* v. *Goldenberg, 168 U.S. 95,102-103 (1897); Oneale v. Thornton. 6 Cranch 53, 68.* When the words of a statute are unambiguous, then this first canon is also the last: "judicial inquiry is complete". *Rubin v. United States, 449 U.S. 424, 430 (1981)* and *Ron Pair Enterprises, supra, at 24." Conn. Nat'l Bank v. Germain, 503 U.S. 249 (1992).* "[T]he legislative purpose is expressed by the ordinary meaning of the words used." *Richards v. United States, 369 U.S. 1 (1962).*

"Lender" and/or "servicer" is being requested to give proof of claim/verification of the purported debt and status as holder in due course. Such is apparently required as a matter of due process of law. This

is apparent in the U.S. Supreme Court statement:

"For in this proceeding petitioner is not seeking, nor is respondent denying him, anything other than the right to prove his claim...The question is simply one of the admissibility and effect of evidence; and...the obligation to receive in evidence a promissory note or other admissible evidence of debt." *Morris v. Jones, 329 U.S. 545 (1947).*

**Additionally, please refrain from sending me a printout or copies of statements as purported verification. Any such act will be subject to legal action for violations of, not limited to, the FDCPA. See *Young v. Hewer & Njus, PA, Dist. Ct. N. Ill (1997).* (Finding that computer printouts are not verification of a debt).**

FAILURE by debt collector to respond, in order to maintain the honor bestowed by said presentment, mandates that lawful protest declare your dishonor. Your response must be in affidavit form under your full commercial liability, rebutting each of my points, on a point-by-point basis, that the facts contained therein are true, correct, complete and not misleading. Declarations are insufficient, as declarations permit lying by omission, which no honorable presentment may contain.

FAILURE to verify and/or adequately assure the alleged debt owed by me, as stated above, in accordance with said definitions, will be deemed a dishonor of this presentment/notice and demand, and that the debt collector and/or their client, has fraudulently attempted to assert a claim against me, and extort, induce money from me in the present and past, in which the debt collector and or their client has and has had no legal right to, via the U.S. Mail.

**ADDITIONALLY, any form of collection activity and/or reporting of negative/derogatory information about said account to "credit reporting agencies" by debt collector and/or their client, and/or their agent/assigns absent of the debt collector and/or their client providing verification and/or adequate assurance of the alleged debt owed by me will be deemed as intentional and willful defamation and libel of my good name and character and harassment for the purpose of inducement or coercion of money from me to which the "lender" and/or "servicer" has no legal right and may be deemed a violation of, but not limited to, the Fair Debt Collection Practices Act (a copy of which is enclosed with applicable portions highlighted).**

Sincerely, with all rights reserved,

Amy J. Tapprich

NOTARY PUBLIC - State of Kansas
DEBORAH MEDER
My Appt. Expires 6-7-14

PLAINT DISPUTE OF DEBT/ VALIDATION AND QUALIFIED WRITTEN RESPA/TILA REQUEST!

Amy J. Tapprich
10810 W 57TH ST
SHAWNEE,KS,66203

ATTN: Brian T. Moynihan & All BAC Home Loan Officials
BAC Home Loans Servicing, LP
450 American Street
Simi Valley, Ca 93065-6285

Certified Mail # 7011 2000 0001 7584 5993

Date: April 16, 2012

RE: Loan # 11974XXXX

Property Address: 1010 East Evergreen Street
Springfield, Missouri 65803

### Dear Madam or Sir:

I understand that under **Section 6 of RESPA** you are required to acknowledge my request within 5 business days and must try to resolve the issue within 30 business days. Please treat this letter as a "qualified written request" under the Real Estate Settlement Procedures Act, 12 U.S.C. Section 2605(e).

I am writing to you to complain about the accounting and servicing of my alleged mortgage and my need for understanding and clarification of various charges, credits, debits, transactions, reversals, actions, payments, analyses and records related to the servicing of my alleged loan from its origination to the present date. To date, the documents and information I have, that you have sent me, and the conversations with your service representatives cannot answer my many questions.

It is my understanding that your company has been accused in engaging in one or more predatory lending and servicing schemes. As a citizen, I am extremely concerned about such practices by anyone, let alone my own mortgage company or anyone who has held a beneficial interest in my alleged loan.

I am concerned that such abuses are targeting the uneducated and uninformed consumer and disadvantaged, poor, elderly and minorities.

Needless to say, I am more concerned as an alleged borrower. I am worried that potential fraudulent

...AINT DISPUTE OF DEBT/ VALIDATION AND QUALIFIED WRITTEN RESPA/TILA REQUEST!

Needless to say, I am more concerned as an alleged borrower. I am worried that potential fraudulent and deceptive practices by unscrupulous mortgage brokers; sales and transfers of mortgage servicing rights; deceptive and fraudulent servicing practices to enhance balance sheets; deceptive, abusive and fraudulent accounting tricks and practices may have negatively affected my credit rating, mortgage account and/or the debt or payments to which I am legally obligated.

Because of this and other reasons that leave me to believe that I may be a victim of predatory lending, I am disputing the validity of the current alleged debt you claim I owe. By debt I am referring to:
**1. The principal balance claimed owed;**
**2. My alleged calculated monthly payment,**
**3. Calculated escrow payment**
**4. And any fees claimed to be owed by you or any trust or entity you may represent.**

**I have reason to believe that the loan terms were misrepresented to me at the time of application and further obscured and/or modified prior to signing. I believe that my income may have been inflated on the application. I also have reason to believe that certain statements were not provided for my approval prior to closing, and that signatures may have been forged on various documents.**

**It is also my belief that certain documents may have not been presented at all. Additionally, I believe that a notary was not physically present to witness my signatures on several pertinent documents and that I was ill advised at the time of closing.**

To independently validate my alleged debt, I need to conduct a complete exam, audit, review and accounting of my alleged mortgage loan from its inception through the present date. **Upon receipt of this letter, please refrain from reporting ANY negative credit information [if any] to any credit-reporting agency until you respond to each of my requests.**

**I also request that you kindly conduct your own investigation and audit of my alleged account since its inception to validate the debt you currently claim I owe. I would like you to validate this debt so that it is accurate to the penny!**

### *Please do not rely on previous or current servicers or originators records, assurances or indemnity agreements and refuse to conduct a full audit and investigation of my alleged account.

**I understand that potential abuses by you or a previous servicer could have deceptively, wrongfully, unlawfully and/or illegally:**
1. Increased the amounts of my monthly payments
2. Increased the principal balance I owe;
3. Increased my escrow payments;
4. Increased the amounts applied and attributed toward interest on my alleged account;
5. Decreased the proper amounts applied and attributed toward principal on my alleged account; and/or
6. Assessed, charged and/or collected fees, expenses and misc. charges I am not legally obligated to pay under my alleged mortgage, note and/or deed of trust.

MPLAINT DISPUTE OF DEBT/ VALIDATION AND QUALIFIED WRITTEN RESPA/TILA REQUEST!

I am thinking about contracting the Home Owners Foreclosure Hotline and/or one of their affiliates to perform a forensic document review of your investigation and audit of my alleged account. To help me decide if I am going to move forward with a third party auditing company, I need:

(1) <u>Certified/Verified copies of all documents pertaining to the origination of the alleged mortgage and note including my loan application (s), Right to cancel, deed of trust, note, adjustable rate note, addendum to the note for the interest only payment period, truth in lending statements, good faith estimate (GFE), HUD 1, appraisal, and all required disclosures and rate sheets associated with this transaction for the above referenced loan. The copies should be legible and all documents shall be copied in their entirety.</u>

(2) <u>A copy of the alleged loan history including all payments made, all fees incurred, what has been paid out of the escrow account, and how all payments were applied. This information should cover the ENTIRE life of the loan.</u>

I want to insure that I have not been the victim of such predatory practices.

To insure this, I will be authorizing a thorough review, examination, accounting and audit of my alleged original mortgage **LOAN # 11974XXXX** by a team of mortgage auditors predatory lending experts, consumer advocates, local non-profit agencies, compliance consultants and if needed **LEGAL ADVOCATES.**

This exam and audit will review my alleged mortgage loan file from the date of my initial contact, application and the origination of my alleged loan to the present date written above.

<u>As such, please treat this letter as a Qualified Written Request under the Real Estate Settlement Procedures Act, codified as Title 12 § 2605 (e)(1)(B) (e) and Reg. X § 3500.21(f)2 of the United States Code as well as a request under Truth In Lending Act [TILA] 15 U.S.C. § 1601, et seq. RESPA provides substantial penalties and fines for non-compliance or failure to answer my questions provided in this letter within sixty (60) days of its receipt!</u>

In order to conduct the examination and audit of my alleged loan, I need to have full and immediate disclosure including certified/verified copies of all pertinent information regarding my alleged loan. The documents requested and answers to my questions are needed by myself and my experts to insure that my Alleged loan:

1. <u>Was originated in lawful compliance with all federal and state laws and regulations including, but not limited to RESPA, TILA, Fair Debt Collection Act, HOEPA and other laws;</u>

2. <u>That any sale or transfer of my alleged loan was conducted in accordance with proper laws and was a true sale of my note;</u>

3. <u>That the claimed holder in due course of my promissory note and/or deed of trust is holding such note in compliance with State and Federal laws and is entitled to the benefits of my payments;</u>

4. <u>That all appropriate disclosures of terms, costs, commissions, rebates, kickbacks, fees etc. were properly disclosed to me at the inception of my alleged loan;</u>

5. <u>That each servicer and/or sub-servicer of my alleged mortgage has serviced my alleged mortgage in accordance with the terms of my alleged mortgage, promissory note and/or deed of trust;</u>

6. <u>That each servicer and sub-servicer of my alleged mortgage has serviced my alleged mortgage in compliance with local, state and federal statutes, laws and regulations;</u>

COMPLAINT DISPUTE OF DEBT/ VALIDATION AND QUALIFIED WRITTEN RESPA/TILA REQUEST!

**7. That my alleged mortgage loan has properly been credited, debited, adjusted, amortized and charged correctly;**
**8. That interest and principal have been properly calculated and applied to my alleged loan;**
**9. That my principal balance has been properly calculated, amortized and accounted for;**
**10. That no charges, fees or expenses, not obligated by me in any agreement, have been charged, assessed or collected from my alleged account,**

**\*As such, please send to me, at my address above, certified/verified copies of the documents requested  as soon as possible. Please provide me certified/verified copies of:**
1. All data, information, notations, text, figures and information contained in your mortgage servicing and accounting computer systems including, but not limited to Alltel or Fidelity CPI system, or any other similar mortgage servicing software used by you, any servicers, or sub servicer of my alleged mortgage account from the inception of my loan to the date written above.
2. All descriptions and legends of all Codes used in your mortgage servicing and accounting system so that the examiners, auditors and experts retained to audit and review my alleged mortgage account may properly conduct their work.
3. All assignments, transfers, allonges, or other document evidencing a transfer, sale or assignment of my alleged mortgage, deed of trust, promissory note or other document that secures payment by me to my alleged obligation in this alleged account from the inception of my alleged loan to the present date including any such assignments on MERS.
4. All records, electronic or otherwise, of assignments of my alleged mortgage, promissory note or servicing rights to my alleged mortgage including any such assignments on MERS.
5. All deeds in lieu, modifications to my alleged mortgage, promissory note or deed of trust from the inception of my alleged loan to the present date.
6. **The front and back of each and every canceled check, money order, draft, debit or credit notice issued to any servicer of my account for payment of any monthly payment, other payment, escrow charge, fee or expense on my alleged account.**
7. All escrow analyses conducted on my alleged account from the inception of my alleged loan until the date of this letter.
8. **The front and back of each and every canceled check, draft or debit notice issued for payment of closing costs, fees and expenses listed on my disclosure statement including, but not limited to, appraisal fees, inspection fees, title searches, title insurance fees, credit life insurance premiums, hazard insurance premiums, commissions, attorney fees, points, etc.**
9. **Front and back copies of all payment receipts, checks, money orders, drafts, automatic debits and written evidence of payments made by others or me on my alleged account.**
10. All letters, statements and documents sent to me by your company.
11. All letters, statements and documents sent to me by agents, attorneys or representatives of your company.
12. All letters, statements and documents sent to me by previous servicers, sub-servicers or others in your alleged loan file or in your control or possession or in the control or possession of any affiliate, parent company, agent, sub-servicer, servicer, attorney or other representative of your company.
13. All letters, statements and documents contained in my alleged loan file or imaged by you, any servicer or sub-servicers of my alleged mortgage from the inception of my alleged loan to present date.
14. All electronic transfers, assignments, sales of my alleged note, mortgage, deed of trust or other security instrument.
15. All copies of property inspection reports, appraisals, BPOs and reports done on my property.
16. All invoices for each charge such as inspection fees, BPOs, appraisal fees, attorney fees, insurance, taxes, assessments or any expense, which has been charged to my alleged mortgage account from the

...AINT DISPUTE OF DEBT/ VALIDATION AND QUALIFIED WRITTEN RESPA/TILA REQUEST!

inception of my alleged loan to the present date.

17. All checks used to pay invoices for each charged such as inspection fees, BPOs, appraisal fees, attorney fees, insurance, taxes, assessments or any expense which has been charged to my alleged mortgage account from the inception of my alleged loan to the present date.

18. All agreements, contracts and understandings with vendors that have been paid for any charge on my alleged account from the inception of my alleged loan to the present date.

19. All loan servicing records, payment payoffs, payoff calculations, ARM audits, interest rate adjustments, payment records, transaction histories, loan histories, accounting records, ledgers, and documents that relate to the accounting of my alleged loan from the inception of my alleged loan until present date.

20. All loan servicing transaction records, ledgers, registers and similar items detailing how my alleged loan has been serviced from the from the inception of my alleged loan until present date.

**Please provide me, with the documents I have requested and a detailed answer to each of my questions within the required lawful time frame. Upon receipt of the documents and answers, an exam and audit will be conducted that may lead to a further document request and answers to questions under an additional QWR letter.**

**Copies of this Qualified Written Request, Validation of Debt, TILA and request for accounting and legal records, Dispute of Debt letter will be sent to FTC, HUD, ALL RELEVANT STATE AND FEDERAL REGULATORS; CONSUMER ADVOCATES; AND MY CONGRESSMAN if any further evasive actions are detected or this matter is not settled.**

It is my hope that you can answer my questions, document and validates my alleged debt to the penny and corrects any abuses or schemes uncovered and documented. Please provide for me an answer at the same time that you acknowledge my request within 20 business days.

Sincerely

Amy J. Tapprich, All Rights Reserved

NOTARY PUBLIC - State of Kansas
DEBORAH MEDER
My Appt. Expires 10-5-14

Exhibit C

Amy J. Tapprich
10810 W 57TH ST
SHAWNEE, KS, 66203

April 16, 2012

BAC Home Loans Servicing, LP
450 American Street
Simi Valley, Ca 93065-6285

Dear Brian T. Moynihan & All BAC Home Loan Officials,

Pursuant to any attempts to making phone conversations with me, I, Amy J. Tapprich,
hereby give you lawful written notice to stop communication with me on the telephone at
home or at place of employment regarding loan #11974XXXX.

If you attempt to call me after receipt of this letter, you will be charged for harassment.
No mail concerning this account will be acceptable (only by UPS, Federal Express or
Airborne Express) unless it is a "zero balance due" statement. Anything else will be
listed as evidence of fraud, bank fraud, racketeering, and extortion in the lawsuit, which
will be forthcoming if you do not zero out my account within 30 days of receipt of this
notification letter.

The use of the U.S. Postal Service to collect on any unlawful debt is considered mail
fraud under federal statutes (18 U.S.C. 1341), and the use of the U.S. Mail more than
once in any 10 year period constitutes a pattern of racketeering activity under statute 18
U.S.C. 1961.

Very truly yours,   *Amy Cooper   Amy Tapprich*

*Deborah Meder*

NOTARY PUBLIC - State of Kansas
DEBORAH MEDER
My Appt. Expires 6-7-2014

EXHIBIT C

From: Amy J. Tapprich
10810 W 57TH ST
SHAWNEE, KS, 66203

To: **Brian T. Moynihan & All BAC Home Loan Officials**

Checklist of enclosed package in certified mailing receipt# 7011 2000 0001 7584 5993

1. Stop Calling Notice for Account # **11974XXXX** (1 page)
2. Freedom of Information Interrogatories Deposition and Discovery of Alleged Debt Collectors/Creditors Disclosure Statement for  BAC Home Loans # 11974. (2 pages)
3. Notice of Dispute for loan # **11974XXXX** (4 pages)
4. Qualified written RESPA/TILA Request (5 pages)
5. Interrogatives/Desposition for Alleged Debt (5 pages)

Third Party Witness of the above mailing checklist package        Print/Sign Name

*PLEASE ANSWER ALL QUESTIONS AND SEND ALL REQUESTED DOCUMENTS AS YOU HAVE A LAWFUL DUTY, PURSUANT TO BUT NOT LIMMITED TO YOUR OATH AND OBLIGATIONS TO UPHOLD THE NATIONAL BANK ACT*

NOTARY PUBLIC - State of Kansas
DEBORAH MEDER
My Appt. Expires

EXHIBIT C

**Freedom of Information Request for Interrogatories Deposition and Discovery of Alleged Debt**
**Collectors/Creditors Disclosure Statement**

made to

Name of Financial Institution: BAC Home Loans Servicing, LP

**Attn: Brian T. Moynihan & All BAC Home Loan Officials**

## NOTE: Please be aware that acts under color of authority are against the law and you can be sued in federal court pursuant to Public Volume 17 42nd Congress Stat 13-15 shown as code at USC title 42 section 1983 for Actions under Color of Authority or Fraudulent and or illegal transactions

The purpose of this Freedom of Information request is for the Director(s) of this Financial Institution who are under oath and obligation to United States Laws and statute to provide a copy of the original contract certifying that they are the holder of the instrument of question in regards to alleged account number _____ 11974XXXX _____ and to provide an Affidavit Certifying their Affirmation that they followed all applicable Federal, State, and contract law in carrying out the alleged contract of note Account number _____ 11974XXXX _____ to satisfy the requester that this Financial entity is operating within the bounds of the law that the Financial entity is subject to and that they have a legitimate claim as a Creditor.

Specifically the Law includes the National Bank Act also known as The National Currency Act, The Consumer Credit Protection Act, The Fair Debt Collections Practices Act, The Fair Credit Reporting Ac, Truth and Lending Act and any and all laws applicable to Financial

Institutions whether they be federal, state, or contractual (commercial) laws.

I am officially requesting the following:

1) You produce my original signature in respect to the alleged contract and state for the record who the alleged original creditor was based on the preceding law
2) Provide an Affidavit Certifying that you did not breach any federal state contractual commercial or official oath in carrying out the alleged contract and associated transactions
3) Certify that you did not unlawfully without my consent use my signature to gain assets from a third party then claim you loaned me money and that you did not commit any action that would preclude that you used my identity in a fraudulent or illegal manner yourself or in collusion with a third party or additional parties.

    You are bound by law to provide this information upon a request pursuant to FOIA USC 5 section 552 and the Fair Debt Collections Practices Act along with the aforementioned laws

Enclosed is a list of questions Brian T. Moynihan & All BAC Home Loan Officials must answer. All questions must be answered within 30 days from time of receipt under penalty and perjury, if not answered you will be held in default. **Answer all the following interrogatories. Please see attached.**

**Please forward the requested information to:**

**Amy J. Tapprich**

**10810 W 57TH ST**

**SHAWNEE, KS,66203**

Name of Agent Authorizing Transaction:

Title of Agent:

Date

Bureau/ Agency of the Department

If Needed: Reason based on Internal Policy and or Laws and Statutes for Rejection of Request

## ALLEGED DEBT COLLECTOR/CREDITOR DISCLOSURE STATEMENT
### Re "Offer of Performance"

*This statement and the answers contained herein may be used by the Issuer & Maker, if necessary, in any court of competent jurisdiction*

### Respondent's Interrogatives/Depositions for Alleged Creditor

Notice: This Alleged Debt Collector/Creditor Disclosure Statement is not a substitute for, nor the equivalent of, the hereinabove-requested verification of the record, i.e. *"Confirmation of correctness, truth, or authenticity, by affidavit, oath, or deposition"* (Black's Law Dictionary, Sixth Edition, 1990), regarding the alleged debt, and must be completed in accordance with the United States Statutes at Large including the National Bank Act also known as the national Currency Act Public Law Volume 13 38th Congress Stat 99-118 as well as Volume 91 95th Congress Stat 873-884 the Actual Law of the prima facie code of the *Fair Debt Collection Practices Act*, 15 USC § 1692g and the Freedom of Information Act 5 USCA § 552, applicable portions of *Truth in Lending (Regulation Z)*, 12 CFR 226 Contract Disclosure and UCC 1-308, and demands as cited above in Offer of Performance. Alleged Debt Collector/Creditor must make all required disclosures clearly and conspicuously in writing regarding the following:

1.   NAME OF ALLEGED DEBT COLLECTOR/CREDITOR:

2.   Address of alleged Debt Collector/Creditor: _____

_____

3.   Correct Lawful Name of Living Being, alleged Debtor/Obligor:

4.   Are you required to register with the United States Department of Treasury as a financial Institution?
YES   NO

5.   Please provide the Documents that certify that you are a financial institution registered with the federal government through the United States Department of Treasury.

6.   Have you exchanged the alleged note for bonds from the United States Treasury? YES   NO
(a) If yes please provide exchange notes certifications and other information.

7.   Have you oathed yourself to follow the laws governing Banks which are The National Currency Act Statutes at large Public Laws of United States Congress Published at Volume 13 38th Congress Stat 99-118?

8.   Please provide a certified copy of your oath.

9.   Have you ever violated the above Laws in any manner?

10.  Is the alleged note and alleged mortgage security interest lien in this contract for more than 5 years? YES   NO
(a) If yes how long is the mortgage?

11.  Are you aware that pursuant to the aforementioned Public Law a ######### year mortgage is a fraudulent act?
YES   NO

12.  Are you aware that according to the alleged Original Note you are not the Owner of the Property? YES   NO

13.  Are you aware that if you violate any part of The National Currency Act Statutes at large Public Laws of United States Congress Published at Volume 13 38th Congress Stat99-118 that your financial institution can be shutdown?
YES   NO

14.  Please provide a list of all of the directors of your financial institution pursuant to the Freedom of Information Act.

15.  Name and address of alleged Debtor/Obligor _____

_____

16.  Alleged Account Number: #_____

17. Alleged debt owed: $_____

18. Date alleged debt became payable: _____

19. What is the name and address of the alleged Original Creditor who actually provided funds to the alleged Debtor/Obligor, if different from alleged Debt Collector/Creditor? _____

_____

20. If alleged Debt Collector/Creditor is different from alleged Original Creditor, does alleged Debt Collector/Creditor have a bona fide affidavit of assignment the signature of the alleged Debtor/Obligor as an assignment for entering into alleged original contract between alleged Original Creditor and alleged Debtor/Obligor? YES    NO

21. Did alleged Debt Collector/Creditor purchase this alleged account from the alleged Original Creditor? YES  NO  N/A (Not Applicable)

22. Are you the holder of the alleged Original note/contract? YES   NO

23. Are you the holder in due course of the alleged Original Note and or alleged Contract? YES  NO      If yes please provide certified front and back copies of the alleged original contract and or alleged note.

24. If applicable, give the date of purchase of this alleged account from alleged Original Creditor, purchase amount, and a copy of the alleged original transaction:

Date _____    Amount _____

25. Did alleged Debt Collector/Creditor purchase this alleged account from a previous alleged debt Collector/Creditor? YES  NO  N/A

26. If applicable, date of purchase of this alleged account from previous alleged debt Collector/Creditor, purchase amount, and a copy of the alleged original transaction:

Date _____    Amount _____

27. Regarding this alleged account, alleged Debt Collector/Creditor is currently the:

(a) Owner; (b) Assignee; (c) Other-explain:

_____

_____

28. What are the terms of the transfer of rights in re this alleged account?

_____

_____

_____

29. If applicable, transfer of rights re this alleged account was executed by the following method:

(a) Assignment; (b) Negotiation; (c) Novation; (d) Other - explain:

_____

_____

30. If the transfer of rights regarding this alleged account was by assignment, was there consideration? YES  NO  N/A

31. What is the nature and cause of the consideration cited in #30 above?

_____

_____

_____

Exhibit C

32. If the transfer of rights regarding this alleged account was by negotiation, was the alleged account taken for value?
YES    NO    N/A

33. What is the nature and cause of any value cited in #32 above?

_____
_____
_____

34. If the transfer of rights re this alleged account was by novation, was consent given by alleged Debtor/Obligor?    YES

NO    N/A

35 What is the nature and cause of any consent cited in #34 above?

_____
_____
_____

36 Has the alleged Debt Collector/Creditor provided alleged Debtor/Obligor with the requisite *verification* of the alleged debt as required by the *Fair Debt Collection Practices Act*?    YES    NO

37. Date said verification cited above in #36 alleged Debt Collector/Creditor provided alleged Debtor/Obligor with official copy and certification that it was sent to alleged Debtor/Obligor: _____.

38. Verification cited above in #36 was provided to alleged Debtor/Obligor in the form of:    OATH    AFFIDAVIT
DEPOSITON

39. Does alleged Debt Collector/Creditor have knowledge of any claim(s)/Defense(s) re this alleged account?    YES    NO

40. What is the nature and cause of any claim(s)/defense(s) re this alleged account?

_____
_____
_____

41. Does alleged Debt Collector/Creditor receive Letter of Credit Financing from a major financial institution to run its operational budget? YES    NO

42. Please provide the 1096 and 1098 Tax Returns for this account.

43. Please provide the 1099 OID and the 1099 INT forms for this account.

44. Are you [Alleged Creditor] the payor or the recipient on the 1099 OID forms?

45. Does this account operate as a pooling and servicer agreement? YES    NO

46. Are you [Alleged Creditor] in this contract serving in the status of a pooler or servicer for the alleged Original Lender?
YES    NO

47. Have you [Alleged Creditor] ever received any benefit from a third party financial institution due to the alleged contract with the alleged obligor?    YES    NO

48. Have you [Alleged Creditor] ever received stocks, bonds, securities or any other commercial items from any third party institutions in respect to the alleged contract with the alleged obligor?    YES    NO

49. Are their any stocks, bonds, or securities attached to the alleged contract between you [Alleged Creditor] and the alleged obligor?    YES    NO

50. If the answer to question # 49 is yes could you please provide the CUISP number for the said alleged financial instrument

_____

51. Is this alleged account connected to any Trust agreements? YES    NO

52. Please provide the alleged trust account number and the name of the alleged trust and the name of the alleged indentured trustee, who is handling and paying the interest on the certified securities on the Depository Trust Corporation relative to this alleged account.

53. Is this alleged account in any way connected to any financial and or securities fraud? YES   NO

54. Please provide certified copies of the N-8A registration filed pursuant to section 8A of the Investment Company Act of 1940, the 10 K annual report, the S-3 registration statement and the S-4 prospectives filed pursuant to Rule 425 (b) 5 with the Securities and Exchange Commission under section 13 & 15 (d) of the Securities and Exchange Act of 1934 in reference to this alleged account and any certificated or uncertificated stocks, bonds, securities, or other alleged financial instruments associated with this alleged account.

55. Was alleged Debtor/Obligor provided with a loan by alleged Debt Collector/Creditor?   YES   NO

56. If the alleged Debtor/Obligor was provided with an alleged  loan does the alleged Debt Collector/Creditor have proof that assets were provided from the alleged financial institution to the alleged obligor. Please provide certified copies, front and back of all alleged documentary proof.

57. Was alleged Debtor/Obligor sold any products/services by alleged Debt Collector/Creditor?   YES   NO

58. What is the nature and cause of any products/services cited above in # 57?

_____
_____
_____

59. Does there exist a verifiable, bona fide, original commercial instrument [alleged note or contract] between alleged Debt Collector/Creditor and alleged Debtor/Obligor containing alleged Debtor/Obligor's bona fide signature?   YES   NO

60. What is the nature and cause of any verifiable commercial instrument cited above in # 59?

_____
_____
_____

61. Does there exist verifiable evidence of an exchange of a benefit or detriment between alleged Debt Collector/Creditor and alleged Debtor/Obligor?
    YES   NO

62. What is the nature and cause of this evidence of an exchange of a benefit or detriment as cited above in # 61?

_____
_____
_____

63. Have any charge-offs been made by any alleged creditor or alleged debt Collector/Creditor regarding this alleged account?
    YES   NO

64. Have any insurance claims been made by any alleged creditor or alleged debt Collector/Creditor regarding this alleged account?   YES   NO

65. Have any tax write-offs been made by any alleged creditor or alleged debt Collector/Creditor regarding this alleged account?   YES   NO

66. Have any tax deductions been made by any alleged creditor or alleged debt Collector/Creditor regarding this alleged account?   YES   NO

67. Have any valid judgments been obtained by any alleged creditor or alleged debt Collector/Creditor regarding this alleged account?   YES   NO

68. At the time the alleged original contract was executed, were all parties apprised of the meaning of the terms and conditions of said alleged original contract and was full disclosure of the nature of the alleged contract provided to the alleged obligor?   YES   NO

69. At the time the alleged original contract was executed, were all parties advised of the importance of consulting a   licensed Legal professional before executing the alleged contract?   YES   NO

70. At the time the alleged original contract was executed, were all parties apprised that said alleged contract was a private credit Instrument?   YES   NO

**Alleged Debt Collector/Creditor's failure, both intentional and otherwise, in completing/answering points "1" through "70" above and returning this Alleged Debt Collector/Creditor Disclosure Statement, as well as providing Maker with the requisite *verification* validating the hereinabove-referenced alleged debt, constitutes alleged Debt Collector/Creditor's tacit agreement that alleged Debt Collector/Creditor has no verifiable, lawful, bona fide claim regarding the hereinabove-referenced alleged account, and that alleged Debt Collector/Creditor tacitly agrees that alleged Debt Collector/Creditor waives all claims against Maker and indemnifies and holds Maker harmless against any and all costs and fees heretofore and hereafter incurred and related regarding any and all collection attempts involving the hereinabove-referenced alleged account.**

Declaration:  The Undersigned hereby declares under penalty of perjury of the laws of this State that the statements made in this Alleged Debt Collector/Creditor Disclosure Statement are true and correct in accordance with the Undersigned's best firsthand knowledge and belief.

_____       _____

Date                                                                    Printed Name of Signatory

_____       _____

Official Title of Signatory                                      Authorized Signature for Debt Collector/Creditor

**Alleged Debt Collector/Creditor must within thirty (30) days complete and return this Alleged Debt Collector/Creditor Disclosure Statement, along with all required documents referenced in said Alleged Debt Collector/Creditor Disclosure Statement.  Alleged Debt Collector/Creditor's claim will not be considered if any portion of this Alleged Debt Collector/Creditor Disclosure Statement is not completed and timely returned with all required documents, which specifically includes the requisite *verification*, made in accordance with law and codified in the *Fair Debt Collection Practices Act* at 15 USC § 1692, Freedom of Information Act 5 USCA § 552 et seq., and which states in relevant part: "*A debt Collector/Creditor may not use any false, deceptive, or misleading representation or means in connection with the collection of any debt*," which includes "*the false representation of the character, or legal status of any debt*," and "*the threat to take any action that cannot legally be taken*," all of which are violations of law.**

**If alleged Debt Collector/Creditor does not respond as required by law, alleged Debt Collector/Creditor's claim will not be considered and alleged Debt Collector/Creditor may be liable for damages for any continued collection efforts, as well as any other injury sustained by Maker of this Document.  Please allow thirty (30) days for processing after alleged obligors receipt of alleged Debt Collector/Creditor's response.**

Exhibit C

# Freedom of Information Request & Request for Affidavit Certifying Affirmation of Statutory Obligation made to

Name of Financial Institution: BAC HOME LOANS
Name of Trustees, Beneficial Owners etc: Bank Of America NA
Name of CEO Director: Brian T. Moynihan
**NOTE: Please be aware that acts under color of authority are against the law and you can be sued in federal court pursuant to Public Volume 17 42ⁿᵈ Congress Stat 13-15 shown as code at USC title 42 section 1983 for Actions under Color of Authority or Fraudulent and or illegal transactions**

The purpose of this Freedom of Information request is for the Director(s) of this Financial Institution and Actual Owner Institutions who are under oath and obligation to United States Laws and statute to provide a copy of the original contract (Authenticum) Pursuant to (Carpenter vs. Logan 83 U.S. 271) certifying that they are the actual holder of the original instrument of question and are willing to have it inspected for authenticity in regards to alleged account number # 119741876 and to provide an Affidavit Certifying their Affirmation that they followed all applicable Federal, State, and contract law in carrying out the alleged contract of note Account # 119741876 to satisfy the requester that this Financial entity is operating within the bounds of the law that the Financial entity is subject to and that they have a legitimate claim as an Creditor and Holder in Due Course.
Specifically the Law includes the National Bank Act also known as the National Currency Act The Consumer Credit Protection Act, The Fair Debt Collections Practices Act, The Fair Credit Reporting Act, the Truth in Lending Act and any and all laws applicable to Financial Institutions whether they be federal, state, or contractual (commercial) laws.

I am officially requesting the following:
1) You produce the original contract (for inspection), front and back pages, with my original signature (no copies) in respect to the alleged contract and state for the record who the alleged original creditor was or Current holder of Original Contract is based on the preceding law
2) Provide an Affidavit Certifying that you did not breach any federal state contractual commercial or official oath or laws in carrying out the alleged contract and associated transactions
3) Certify that you did not unlawfully without my consent use my signature to materially alter, falsely endorse, stamp of convert any contract bearing my name or signature, into a security, in order to convert my contract into assets, or gain assets from a third party. You MUST Certify and prove that you are an actual LENDER and that you did not commit any action that would preclude that you used my identity in a fraudulent or illegal manner in Violation of Law and (FEDERAL TRADE COMMISSION (FTC) Policy, yourself or in collusion with a third party or additional parties.
 You are bound by law to provide this information upon a request pursuant to FOIA USC 5 section 552 and the Fair Debt Collections Practices Act along with the aforementioned laws

Said Directors, Managers, Supervisors, and Employees in the name of Name of Financial Institution: BAC Home Loans allegedly executed a contract with the requester and it is affirmed by requester that they violated the law in their actions of alleging the requester owes them a debt.

[Receiver Name]
[Business Correspondence Address]
City, State Zip
Name of Agent Authorizing Transaction:
Title of Agent:
Date
Bureau/ Agency of the Department
If Needed: Reason based on Internal Policy and or Laws and Statutes for Rejection of
Request_____

---

***If you are willing to settle this manner with complete removal of this alleged debt please respond with the appropriate offer and I will hold all parties harmless after complete voiding of the alleged claim***
Signature of Agent:

County _____ State _____
Sworn and Subscribed before me_____ this [day] _____ [month] _____ [year]_____
Notary Signature_____

## Affirmation to Notary of Failure to Produce RESPA Request & Request for Affidavit Certifying Affirmation of Statutory Obligation made to
## Name of Financial Institution: Bank of America NA

The purpose of this Affidavit is to certify that a request for a RESPA request was made to the above named Financial Institution on the date of June 5th, 2012 and its CEO: Brian T. Moynihan, CFO: Bruce R. Thompson and other Directors/Agents, failed to produce the RESPA request , Freedom of Information request and failed to produce an Affidavit Certifying that they affirm their activities in regards to account # 119741876XXXX were within the bounds of their Federal, State, contractual, and commercial statutory obligations and oaths of record that they are bound to

Specifically the Law includes the National Bank Act also known as the National Currency Act, Real Estate Settlement Procedures Act, The Consumer Credit Protection Act, The Fair Debt Collections Practices Act, The Fair Credit Reporting Act, the Truth in Lending Act and any and all laws applicable to Financial Institutions federal, state, or contractual (commercial) laws.

In failing to provide such certification the Director CEO Brian T. Moynihan, CFO Bruce R. Thompson and all directors/agents have shown bad faith and default in their lawful duty of record to legally verify the alleged contractual debt as required by law and as stated specifically in their oaths of office which obligate them to follow the above mentioned laws whether all of them or particular laws listed above.

I Amy J. Cooper formally known as Amy J. Tapprich the affiant in this affidavit is officially demanding administrative default to be reflected for the record along with color of authority actions based on the following:

1) Alleged Creditor failed to produce my original signature in respect to the alleged contract and failed to state for the record who the alleged original creditor was based on the preceding law

2) Alleged Creditor failed to provide an Affidavit Certifying that as fiduciary(s) for the institution they did not breach any federal state contractual commercial or official oath in carrying out the alleged contract

3) Alleged Creditor failed to certify that they did not unlawfully without my consent use my signature to gain assets from a third party(s) then unlawfully made a claim they loaned me money and they failed to substantiate for the record that they did not commit any action that would preclude that they used my identity in a fraudulent or illegal manner in collusion with a third party or additional parties.

Alleged Creditor was and is bound by law to provide this information upon a request pursuant to FOIA USC 5 section 552 and the Fair Debt Collections Practices Act with any additional laws only supporting this position

I Amy J. Cooper formally known as Amy J. Tapprich the affiant of record testify before this witness who is an officer of the state and a notary public who has the lawful power to take affirmations and attestations of fact from affiants that the above Financial Institution and its fiduciary agents have participated in identity theft and fraud along with illegal transactions in claiming that I am a debtor to them and have failed to respond to requests made by the affiant of record to provide information based on the Freedom of Information Act and Real Estate Settlement Procedures Act, have violated their oaths of Office and thus violated federal law and subsequent state law and commercial statutes that apply.

Cc
~~Missouri~~ KANSAS      )
                          ) ss.
County: JOHNSON )

For the purpose of verification only, on the 21st day of JULY (month), 2012, Amy J. Cooper formally known as Amy J. Tapprich personally appeared before me and proved to me on the basis of satisfactory evidence to be the person whose name is subscribed hereto and acknowledged to me that he or she executed the same. Subscribed before me this day; witness my hand and seal this 21st day of JULY (month), 2012.

SIGNATURE _____ (seal)

CHAD CARROLL
. Notary Public
State of Kansas
My Commission Expires 3/ . 2 / 2 · 5



Exhibit C

Amy Cooper formally known as Amy Tapprich
10810 West 57th Street
Shawnee, Kansas  66203

09/17/2012

Re: Property Address: **1010 E Evergreen Street Springfield, MO 65803**
Loan Number: **119741876**

**Bank of America, N.A.**
**100 North Tryon Street**
**Charlotte, NC  28255**

**Millsap & Singer, P.C.**
**612 Spirit Drive**
**Saint Louis, Missouri 63005**

# Cease And Desist Any Attempts of Foreclosure Action

## Notice Of Fraud And Intent To Take Legal Action

This is my Constructive Notice to you that I have discovered extensive fraud in regard to the mortgage and transactions associated with it on certain real property as noted below.  It has come to my attention that Bank of America, N.A. are involved in the attempted foreclosure on my property at 1010 E Evergreen Street Springfield, MO 65803, where documented fraud has occurred and you are to Cease and Desist the Foreclosure!

I am entitled to verify that my Original Note, front and back copy that was entrusted to First Horizon Home Loan Corporation is still in their possession, as proof that they have a lawful and effective lien on my property.  I respectfully requested them to provide me the opportunity to visually inspect MY ORIGINAL PROMISSORY NOTE, WITH MY ORIGINAL BLUE INK SIGNATURE, but they have not provided me the proof that I have requested.  Therefore you must legally stop foreclosing on my property until they can provide proof that they are the actual lawful and effective lien holder.

**CARPTENTER V. LONGAN**, 83 U.S. 271 (1872) the note and mortgage are inseparable.

**WELLS FARGO BANK, N.A. v. JORDAN**, 2009 Ohio 1092 (Ohio App. 3/12/2009) 2009 Ohio 1092 (Ohio App. 2009) In re Foreclosure Cases; Therefore, if plaintiff has offered no evidence that it owned the note and mortgage when the complaint was filed, it would not be entitled to judgment as a matter of law.

**WET v. AXTELL** (Mo. 1929) 17 S.W.2d 328, the court indicated that a Trustee in a foreclosure sale must be in possession of the original Note and the Deed of Trust at the time of the sale.

*U.S. Bank vs. Ibanez*, in which the Supreme Court ruled that the prior owner of a property has claim to

a property if the foreclosure process is proved invalid.

This is your Constructive Notice that evidence in this matter is currently and has been under investigation and prosecution, resulting from violations of Federal Law including, but not limited to, **COUNTERFEITING** and **CONSPIRACY TO DEFRAUD**, as the lender is claiming to have a legal and effective lien on the above mentioned property, but has not provided me the proof that I have requested. Your participation in these violations of Federal Law has been documented.
If you were not previously aware of the above mentioned fraudulent and criminal activity, and may be an innocent party in this matter, I would urge your utmost cooperation to ceasing all of your activities relating to the ongoing foreclosure action. If, however, you would choose to move forward in ANY manner and participate in ANY way in the attempted foreclosure action referenced above, you will demonstrate your complicity and willingness to be a party to the COUNTERFEITING and CONSPIRACY TO DEFRAUD now that you have been noticed and will become subject to potential criminal prosecution and civil litigation for damages.

You have hereby been legally noticed of this fraud and your involvement, and are to Cease and Desist foreclosing on my property, whether knowingly or unknowingly, and you therefore may make no future claim of a lack of knowledge of these criminal activities, and your participation therein, which could absolve you of liability or culpability. It is my intent to pursue any and all legal remedies against any and all participants regarding these fraudulent acts. The bonding companies of those involved will be notified of claims regarding the civil matters. Conduct yourself accordingly.

## TAKE NOTICE

This is but one part of a substantial nationwide investigation, by law enforcement, of the mortgage industry. This is a very real and serious matter that is being pursued against all those who are identified as being complicit in any fraud, and will be prosecuted to the fullest extent of the law, and civil action taken to recover damages.

Amy Cooper formally known as Amy Tapprich

I _Amy Cooper_ the affiant of record testify before this witness who is an officer of the state and a notary public who has the lawful power to take affirmations and attestations of fact from affiants that the above Financial Institution and its fiduciary agents have participated in identity theft and fraud along with illegal transactions in claiming that I am a debtor to them and have failed to respond to requests made by the affiant of record to provide information based on the Freedom of Information Act, have violated their oaths of Office and thus violated federal law and subsequent state law and commercial statutes that apply.

County _Johnson_  State _Kansas_

Sworn and Subscribed before me _Charles Jamerson_ this [day] _20_ [month] _7_ [year] _2012_

Notary Signature _Charles Jamer_

CHARLES E JAMERSON III
Notary Public
State of Kansas
My Commission Expires 3/9/16

EXHIBIT L

Affirmation of Cancellation of Contract By Grantor/Trustor/ Primary Issuer &
Administrative Default Judgment
Made to Notary for Failure to Produce Freedom of Information Request & Request for Affidavit
Certifying Affirmation of Statutory Obligation made to
Name of Financial Institution/ State Corporate Entity-Department-Subdivision: Bank of
America Home Loans

The purpose of this Affidavit is to certify that a request for a Freedom of Information request was made to the above named Corporate Entity on the date of **November 29, 2012** and the Corporate Entity and Fiduciary failed to produce the Freedom of Information request and failed to produce an Affidavit Certifying that they affirm their activities in regards to account # **119741876** were within the bounds of their Federal, State, contractual, and commercial statutory obligations and oaths of record that they are bound to

In failing to provide such certification the Fiduciary **Bank of America Home Loans** and all agents have shown bad faith and default in their lawful duty of record to legally verify the alleged Claim as required by law and as stated specifically in their oaths of office which obligate them to follow the laws mentioned within those oaths and applicable Laws.

I **Amy Cooper, formerly known as Amy Tapprich** the affiant in this affidavit am officially executing administrative default to be reflected for the record along with color of authority actions based on the following:

1) Alleged Claimant failed to produce my original signature in respect to the alleged claim/contract and failed to state for the record who the alleged original claimant was based on the preceding law

2) Alleged claimant failed to provide an Affidavit Certifying that as fiduciary(s) for the institution they did not breach any federal state contractual commercial or official oath in carrying out the alleged contract/claim

3) Alleged Claimant failed to certify that they did not unlawfully without my consent use my signature to provide to or gain assets from a third party(s) then unlawfully made a claim against me and they failed to substantiate for the record that they did not commit any action that would preclude that they used my identity in a fraudulent or illegal manner or converted ny true identity into a fictitious identity in collusion with a third party or additional parties.

Alleged Claimant was and is bound by law to provide this information upon a request pursuant to FOIA USC 5 section 552 and Failed to.

I **Amy Cooper, formerly known as Amy Tapprich** the affiant of record testify before this witness who is an officer of the state and a notary public who has the lawful power to take affirmations and attestations of fact from affiants that the above Corporate Entity and its fiduciary agents have participated in fraud along with illegal transactions in respect to their claims, have violated their oaths of Office and thus violated federal law and subsequent state law and commercial statutes that apply.

Amy Cooper 1/14/13

County Johnsrn    State Kansas

Sworn and Subscribed before me Randi Dinges    this [day] 14th [month] Jan [year] 13

Notary Signature Randi Dinges

```
RANDI DINGES
Notary Public
State of Kansas
My Commission Expires  1/13/16
```

Exhibit C

# Request for Payoff Statement on Obligation
## By Amy Cooper formerly known as Amy Tapprich
## Offer to Cure by Discharge
### This Affidavit is made in respect to the contract allegedly by and between:
Financial Institution: Bank of America Home Loans

Name of Alleged Borrower: Amy Cooper formerly known as Amy Tapprich
Amount in Question: Alleged **64, 690.95$** US Dollars    Account Number **119741876**
## Discharge Offer Based on Federal Law
Laws made Pursuant to:
United States of America Congressional Acts Statutes at Large Governing Financial Institutions
Registered with the United States Department of Treasury
Public Law 42 Stat 122-113 73rd Congress HJR 192
Nullifies Obligor power to require a particular type or coin or currency in the discharge of debts as long as
the tender is legal tender in the United States

I Amy Cooper formerly known as Amy Tapprich am willing to payoff the full amount of this debt in 60 days
from receipt of notice of the full lawful amount of the obligation.
Please send me a billing statement for the full legal amount to the address below.
You will receive payment 60 days from the receipt of the full billing amount if this is a lawful obligation that I
am contractually bound to:

Name: Amy Cooper
Address: 10810 West 57th Street
City: ~~Springfield~~ Shawnee State: ~~Missouri~~ KS Zip: ~~65803~~ 66203

I await your timely response if you are willing to settle this matter. You have 30 days to honor this Notice

Signature _Amy Cooper_                                    Date 2/15/13

County Greene    State Missouri

Sworn and Subscribed before me 15th    this [day] February [month]
[year] 2013

Notary Signature _Tonia Seaman_

Notary Print Tonia Seaman



**TONIA SEAMAN**
My Commission Expires
February 28, 2016
Greene County
Commission #12308451

Affirmation of Cancellation of Contract By Grantor/Trustor/ Primary Issuer &
Administrative Default Judgment
Made to Notary for Failure to Produce Freedom of Information Request & Request for Affidavit
Certifying Affirmation of Statutory Obligation made to
Name of Financial Institution/ State Corporate Entity-Department-Subdivision: Bank of
America Home Loans

The purpose of this Affidavit is to certify that a request for a Freedom of Information request was made to the above named Corporate Entity
on the date of **November 29, 2012** and the Corporate Entity and Fiduciary failed to produce the Freedom of Information request and failed to
produce an Affidavit Certifying that they affirm their activities in regards to account # **119741876** were within the bounds of their Federal,
State, contractual, and commercial statutory obligations and oaths of record that they are bound to

In failing to provide such certification the Fiduciary **Bank of America Home Loans** and all agents have shown bad faith and default in their
lawful duty of record to legally verify the alleged Claim as required by law and as stated specifically in their oaths of office which obligate
them to follow the laws mentioned within those oaths and applicable Laws.

I **Amy Cooper, formerly known as Amy Tapprich** the affiant in this affidavit am officially executing administrative default to be reflected for
the record along with color of authority actions based on the following:

1)  Alleged Claimant failed to produce my original signature in respect to the alleged claim/contract and failed to state for the record
    who the alleged original claimant was based on the preceding law

2)  Alleged claimant failed to provide an Affidavit Certifying that as fiduciary(s) for the institution they did not breach any federal state
    contractual commercial or official oath in carrying out the alleged contract/claim

3)  Alleged Claimant failed to certify that they did not unlawfully without my consent use my signature to provide to or gain assets from
    a third party(s) then unlawfully made a claim against me and they failed to substantiate for the record that they did not commit any
    action that would preclude that they used my identity in a fraudulent or illegal manner or converted ny true identity into a fictitious
    identity in collusion with a third party or additional parties.

    Alleged Claimant was and is bound by law to provide this information upon a request pursuant to FOIA USC 5 section 552 and
    Failed to.

I **Amy Cooper, formerly known as Amy Tapprich** the affiant of record testify before this witness who is an officer of the state and a notary
public who has the lawful power to take affirmations and attestations of fact from affiants that the above Corporate Entity and its fiduciary
agents have participated in fraud along with illegal transactions in respect to their claims, have violated their oaths of Office and thus violated
federal law and subsequent state law and commercial statutes that apply.

_Amy Cooper_

County _Johnson_   State _KS_

Sworn and Subscribed before me_____ 5th _this [day]_ April _[month]_ 2013 _[year]_____

Notary Signature _____

**RANDI DINGES**
**Notary Public**
**State of Kansas**
**My Commission Expires** _11/5/16_