Exhibit

1492



# TITANIUM
## SOLUTIONS

*Opening doors to preserve home ownership*

TITANIUM SOLUTIONS, INC.
3023 HSBC Way Suite 200
Fort Mill, SC 29707

803-835-8800 Office
803-835-8832 Fax
800-803-8068 Toll Free
Hours of Operation 8:00 am to 7pm EST
Email: titanium@titaniuminc.com
www.titaniuminc.com

04/19/2012

AMY J TAPPRICH

10810 W 57TH ST
SHAWNEE, KS 66203

| | |
|---|---|
| **Servicer:** | Bank of America |
| **Loan#:** | ######1876 |
| **Service Order#** | BBAUKS75755 |
| **Re:** | 1010 E EVERGREEN ST |
| | SPRINGFIELD, MO 65803 |

Dear AMY J TAPPRICH:

Titanium Solutions is contacting you on behalf of Bank of America to inform you of possible options that may be available to help you avoid losing your home to foreclosure. **One of our representatives will be contacting you** soon.

Please note that although this contact is in reference to a debt owed to Bank of America, Titanium Solutions is not involved in collecting any of the amounts due under your loan, and Titanium Solutions will not charge you, or accept from you, any fee or money for its services. Please be aware that neither Titanium Solutions nor our representative has any authority to modify your loan or contractually bind Bank of America. You will have to do that directly with Bank of America.

Please see the attached Addendum to this letter, which provides important information about your debt, your rights, and our services.

Titanium Solutions and Bank of America hope that this program results in a mutually positive experience for everyone. To provide feedback, go to the link below for a short survey. You will be asked to provide the Service Order # above and all results will be kept confidential.

www.titaniuminc.com/feedback

If you have any questions, please do not hesitate to call at 1-800-669-6650 or call us at 800-500-1733.

Sincerely,

Titanium Solutions, Inc.,
as an independent agent for your Servicer

By

## IMPORTANT NOTICE TO HELP YOU AVOID FORECLOSURE SCAMS

Beware of foreclosure rescue scams. Help is free from your mortgage servicer, Bank of America, N.A.

· This program is only available to you through Bank of America, N.A.

· There is never a fee to get assistance or information about the Federal Housing Administration-Home Affordable Modification Program from your mortgage servicer or a housing counselor approved by the U.S. Department of Housing and Urban Development (HUD). Visit http://hud.gov/offices/hsg/sfh/hcc/fc/ to find a HUD-approved counselor

· Beware of any person or organization that asks you to pay a fee in exchange for housing counseling services or modification of a delinquent loan.

· Beware of anyone who says they can "save" your home if you sign or transfer over the deed to your house. Do not sign over the deed to your property to any organization or individual unless you are working directly with Bank of America, N.A. to forgive your debt.

· Never make your mortgage payments to anyone other Bank of America, N.A. without our approval.

*Exhibit D*

| | **All borrowers who signed the loan must provide the following required documentation.** |
|---|---|
| | **Documents that you submit will not be returned to you. Please keep copies for your records.** |

| ☐ | **1. For all borrowers:** |
|---|---|
| | • Request for Mortgage Assistance (RMA) - completed and signed by all borrowers |
| | • Request for Transcript of Tax Return (IRS 4506T) - completed and signed. If borrowers filed their tax return jointly, only one form completed and signed by both of the joint filers is needed. |
| |    ○ If income is derived from unemployment benefits, social security, disability or death benefits, pension or public assistance |
| | • Authorization and Acknowledgement Form – completed and signed by all borrowers |
| | • Household Expenses and Liabilities Worksheet |
| ☐ | **2. For each borrower who receives a salary or hourly wages:** |
| | • Copy of most recent paystub (or Leave and Earnings Statements for military borrowers) |
| ☐ | **3. For each borrower who is self employed:** |
| | • Enclosed profit/loss statement – (completed and signed). |
| ☐ | **4. For each borrower who is unemployed:** |
| | • Benefit letter supporting the continuance of benefit for 12 months |
| | • Two most recent bank statements (all pages), deposit slips or cancelled checks, or IRS tax transcripts |
| ☐ | **5. For each borrower who has income such as Social Security, Disability or Death Benefits, Pension, Adoption Assistance or Public Assistance:** |
| | • Copy of the award letter |
| | • Copy of the most bank statement supporting evidence of receipt of payment (all pages) |
| ☐ | **6. For each borrower who is relying on Alimony, Child Support or Separation Maintenance (and chooses to have it considered as qualifying income):** |
| | • Copy of the divorce decree, court order or other types of legal written agreement that provides for the payment of alimony or support and states the amount and the period of time over which the payments will be received |
| | • Must prove that the payments will continue for 12 months |
| | • Most recent bank statement, deposit slip or cancelled check supporting evidence of receipt |
| ☐ | **7. For each borrower who has rental income:** |
| | • Signed letter from homeowner detailing: |
| |    ○ Properties that are tenant-occupied |
| |    ○ Amount of rent received |
| |    ○ Monthly payments and name of lender for any mortgages |
| |    ○ Monthly tax and insurance (if not impounded) |
| |    ○ Any homeowners association dues |
| | • Most recent bank statement, deposit slip or cancelled check supporting receipt of rent |
| ☐ | **8. For each borrower who has non-wage income (part-time employment, bonuses, tips and investment income):** |
| | • Copy of documentation describing the specific source and amount of income (for example, an employment contract or printouts documenting tip income) |
| | • Copy of the two most bank statement showing receipt of such income (all pages) |
| ☐ | **9. For Military Borrowers on active duty or within 9 months after release:** |
| | • Copy of active duty military orders or other proof of active duty status which reflects start and end date |
| ☐ | **10. For non-borrower income:** |
| | • Non-borrowers must be a relative, spouse, domestic partner or fiancé |
| | • Non-borrowers must occupy the subject property as a Primary Residence |
| | • Non-borrowers household income, which is included in the monthly gross income, must be supplied using the same standards as stated above for the various income sources |
| | • The percentage of his/her own income that the non-borrower routinely contributes to the household must be disclosed |

| | **If you have questions about the required paperwork, please call us at 1.877.803.0039** |
|---|---|
| | **Monday through Friday from 9:00am to 7:00pm EST.** |

*Important Information*

*Keep a copy of all documents for your records. Do not send original income documentation.*

*Continue on this page if your house is listed for sale or you want us to evaluate you for Pre-Foreclosure Sale (Short Sale) or Deed in Lieu of Foreclosure Programs as alternatives to foreclosure. If you do not want us to evaluate you for these Programs, please check and sign here:* ❑

**To be evaluated for Pre-Foreclosure Sale and Deed in Lieu of Foreclosure Programs; please provide the following information in addition to documentation requested on the prior page of the checklist.**

**We require the documents requested in item 13 if you listed your home with a real estate agent.**

**We require the documents requested in items 14, 15, and 16 if you have a valid and signed purchase contract that [INSERT SERVICER] is evaluating.**

**THE <u>ORIGINALS</u> OF THE ENCLOSED DOCUMENTS, SIGNED BY ALL BORROWERS ON THE LOAN:**

❑     **11. Third-Party Authorization**
Required only if you want us to discuss your request for a Pre-Foreclosure Sale of your property with a third party acting on your behalf, such as real estate agent or attorney.

❑     **12.** If the home is currently listed for sale or is vacant, please provide us with the lead contact name and phone number so we can gain access to the property to perform an FHA property appraisal. All utilities to the property must be on so that the appraisal can be completed.

❑     **13.** If applicable, please provide a copy of the current Listing Agreement with your Agent/Broker. The Listing Agreement must contain the following language: "*If the property is conveyed to the mortgage insurer or the mortgage holder, Seller may cancel this agreement before the listing period ends, without advance notice to the broke and without paying a commission or any other consideration.*"

❑     **14.** If applicable, please provide a copy of the Purchase Contract signed by the buyer and seller, that contains language that the sale is contingent on the seller obtaining approval from us. Also, when participating in an FHA Pre-Foreclosure Sale, the maximum seller concession is 1% if the buyer is getting an FHA loan. If there is more than one purchase contract, the seller may submit only ONE to us for review.

❑     **15.** If applicable, a copy of the statement of the seller's closing costs or HUD-1 settlement statement. The figures in these statements must be accurate because our approval will be based, in part, on this information. The maximum commission paid on a pre-foreclosure sale is 6%, but may be further limited in the State of Washington.

❑     **16.** If applicable, all other lienholders must provide a written agreement to release their liens before we will issue an approval letter for an FHA Pre-Foreclosure Sale. In most cases, no proceeds will be given to any other lienholders to release its lien.