EXHIBIT E

# CSC Credit Services
## CREDIT FILE : April 8, 2012

### Confirmation # 2092023837

**Personal Identification Information** *(This section includes your name, current and previous addresses, and any other identifying information reported by your creditors.)*

Name On File:    Amy J Tapprich
Social Security #    9693   Date of Birth:    985
Current Address:    10810 W 57th St, Shawnee, KS  66203  Reported: 04/2012
Previous Address(es):    13806 S Pflumm Rd Apt 105, Olathe, KS  66062  Reported: 04/2012
    12 Golfcrest Cir, Kimberling City, MO  65686  Reported: 04/2012
    1010 E Evergreen St, Springfield, MO  65803  Reported: 04/2012
Last Reported Employment:   Customer Service; Chase Bank;
**ALERT(s):  Fraud Alert**

Contact Information:  Expiration Date: 06/29/2012 ; Date Reported: 03/31/2012 ; Daytime Phone:
417-224-5403 ; Comments: RECVD FROM EXP FRAUD 3RD PARTY

Please address all future correspondence to:



CSC Credit Services
Attn: Fraud Assistance
Box 619046
Dallas, TX 75261-9046



Phone: (800) 272-9281
Monday - Thursday  8:00 AM - 4:30 PM CST and
Friday 7:30 AM - 4:00 PM CST

To initiate a dispute or for frequently asked questions, please visit our website at www.csccredit.com. Or you may mail your disputes to the address listed above.

**Credit Account Information**
*(For your security, the last 4 digits of account number(s) have been replaced by *) (This section includes open and closed accounts reported by credit grantors)*

**Account Column Title Descriptions:**

| | |
|---|---|
| Account Number - The Account number reported by credit grantor | Amount Past Due - The Amount Past Due as of the Date Reported |
| Date Acct. Opened - The Date that the credit grantor opened the account | Date of Last Paymnt - The Date of Last Payment |
| High Credit - The Highest Amount Charged | Actual Pay Amt - The Actual Amount of Last Payment |
| Credit Limit - The Highest Amount Permitted | Sched Pay Amt - The Requested Amount of Last Payment |
| Terms Duration - The Number of Installments or Payments | Date of 1st Delinquency - The Date of First Delinquency |
| Terms Frequency - The Scheduled Time Between Payments | Date of Last Actvty - The Date of the Last Account Activity |
| Months Reviewed - The Number of Months Reviewed | Date Maj Delq Rptd - The Date the 1st Major Delinquency Was Reported |
| Activity Designator - The Most Recent Account Activity | Charge Off Amt - The Amount Charged Off by Creditor |
| Creditor Class - The Type of Company Reporting The Account | Deferred Pay Date - The 1st Payment Due Date for Deferred Loans |
| Date Reported - Date of Last Reported Update | Balloon Pay Amt - The Amount of Final(Balloon) Payment |
| Balance Amount - The Total Amount Owed as of the Date Reported | Balloon Pay Date - The Date of Final(Balloon) Payment |
| Status - Condition of Account When Last Updated by Creditor or Otherwise | Date Closed - The Date the Account was Closed |

| Account History Status Code Descriptions | | | |
|---|---|---|---|
| 1 : 30-59 Days Past Due | 5 : 150-179 Days Past Due | J : Voluntary Surrender | |
| 2 : 60-89 Days Past Due | 6 : 180 or More Days Past Due | K : Repossession | |
| 3 : 90-119 Days Past Due | G : Collection Account | L : Charge Off | |
| 4 : 120-149 Days Past Due | H : Foreclosure | | |

**ACS/Jp Morgan Chase Bank   2277 E 220th St Carson CA 90810-1639**

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| -613329* | 06/2006 | $18,011 | | 120 Months | Monthly | 20 | Paid and Closed | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/2011 | $0 | | 05/2011 | $5 | $50 | | 05/2011 | | | | | | 05/2011 |

Status - Pays As Agreed; Type of Account - Installment; Type of Loan - Education Loan; Whose Account - Individual Account;  ADDITIONAL INFORMATION - Closed or Paid Account/Zero Balance; Student Loan;

( Continued On Next Page )          Page 4 of 18          2092023837IJ0-001146605- 206 - 435  - CS

Exhibit E

## Ally Financial    PO Box 380901 Bloomington MN 55438-0901 : (888) 925-2559

| Account Number | | | Date Opened | High Credit | | Credit Limit | | Terms Duration | Terms Frequency | | Months Revd | Activity Designator | | Creditor Classification | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 61191675* | | | 02/2011 | $17,302 | | | | 72 Months | Monthly | | 3 | Paid and Closed | | | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/2011 | $0 | | 04/2011 | $17,177 | $293 | | 04/2011 | | | | | | 04/2011 |

Status - Pays As Agreed; Type of Account - Installment; Type of Loan - Auto; Whose Account - Joint Account;   ADDITIONAL INFORMATION - Closed or Paid Account/Zero Balance; Auto;

## American Express    PO Box 981537 El Paso TX 79998-1537 : (800) 874-2717

| Account Number | | | Date Opened | High Credit | | Credit Limit | | Terms Duration | Terms Frequency | | Months Revd | Activity Designator | | Creditor Classification | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| -349991483839* | | | 10/2007 | $0 | | $1,000 | | | | | 6 | | | | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/2012 | $0 | | | | | | 06/2009 | | | | | | |

Status - Pays As Agreed; Type of Account - Revolving; Type of Loan - Credit Card; Whose Account - Individual Account;   ADDITIONAL INFORMATION - Credit Card;

## Bank of America, N.A.    450 American St Simi Valley CA 93065-6285 : (800) 669-6607

| Account Number | | | Date Opened | High Credit | | Credit Limit | | Terms Duration | Terms Frequency | | Months Revd | Activity Designator | | Creditor Classification | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11974* | | | 05/2006 | $64,389 | | | | 30 Years | Monthly | | 67 | | | | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/2012 | $58,530 | | 02/2012 | | $496 | | 02/2012 | | | | | | |

Status - Pays As Agreed; Type of Account - Mortgage; Type of Loan - Fha Real Estate Mortgage; Whose Account - Individual Account;   ADDITIONAL INFORMATION - Consumer Disputes - Reinvestigation in Process;

## Barclays Bank Delaware    PO Box 8803 Wilmington DE 19899-8803 : (866) 370-5931

| Account Number | | | Date Opened | High Credit | | Credit Limit | | Terms Duration | Terms Frequency | | Months Revd | Activity Designator | | Creditor Classification | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 540278000073* | | | 06/2005 | $6,935 | | $4,600 | | | Monthly | | 81 | Paid and Closed | | | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/2012 | $0 | | 01/2010 | | | | 01/2010 | | | | | | 02/2011 |

Status - Pays As Agreed; Type of Account - Revolving; Type of Loan - Credit Card; Whose Account - Individual Account;   ADDITIONAL INFORMATION - Account Closed At Consumers Request; Closed or Paid Account/Zero Balance; Credit Card;

## Barclays Bank Delaware    PO Box 8803 Wilmington DE 19899-8803 : (866) 370-5931

| Account Number | | | Date Opened | High Credit | | Credit Limit | | Terms Duration | Terms Frequency | | Months Revd | Activity Designator | | Creditor Classification | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 469596503605* | | | 07/2009 | $2,300 | | $2,400 | | | Monthly | | 32 | Paid and Closed | | | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/2012 | $0 | | 06/2010 | | | | 06/2010 | | | | | | 08/2011 |

Status - Pays As Agreed; Type of Account - Revolving; Type of Loan - Credit Card; Whose Account - Individual Account;   ADDITIONAL INFORMATION - Closed or Paid Account/Zero Balance; Account Closed By Credit Grantor;

## Chase Bank USA, Na    P.O. Box 15298 Wilmington DE 19850 : (800) 955-9900

| Account Number | | | Date Opened | High Credit | | Credit Limit | | Terms Duration | Terms Frequency | | Months Revd | Activity Designator | | Creditor Classification | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 418586759096* | | | 11/2004 | $2,564 | | $2,590 | | | Monthly | | 41 | Paid and Closed | | | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/2008 | $0 | | 04/2007 | $3 | | | 04/2007 | | | | | | 04/2008 |

Status - Pays As Agreed; Type of Account - Revolving; Type of Loan - Credit Card; Whose Account - Individual Account;   ADDITIONAL INFORMATION - Account Closed At Consumers Request; Closed or Paid Account/Zero Balance;