## CSC Credit Services

### CREDIT FILE: April 8, 2012

**Confirmation # 20920238377**

### Personal Identification Information
*(This section includes your name, current and previous addresses, and any other identifying information reported by your creditors.)*

Please address all future correspondence to:

CSC Credit Services
Attn: Fraud Assistance
Box 619046
Dallas, TX 75261-9046

Phone: (800) 272-9281
Monday - Thursday 8:00 AM - 4:30 PM CST and
Friday 7:30 AM - 4:00 PM CST

| | |
|---|---|
| Name On File: | Amy J Tapprich |
| Social Security #: | ___-__-9693    Date of Birth: _____, 1985 |
| Current Address: | 10810 W 57th St, Shawnee, KS 66203 Reported: 04/2012 |
| Previous Address(es): | 13806 S Pflumm Rd Apt 105, Olathe, KS 66062 Reported: 04/2012 |
| | 12 Golfcrest Cir, Kimberling City, MO 65686 Reported: 04/2012 |
| | 1010 E Evergreen St, Springfield, MO 65803 Reported: 04/2012 |
| Last Reported Employment: | Customer Service; Chase Bank; |

**ALERT(s):** Fraud Alert

Contact Information: Expiration Date: 06/29/2012 ; Date Reported: 03/31/2012 ; Daytime Phone: 417-224-5403 ; Comments: RECVD FROM EXP FRAUD 3RD PARTY

To initiate a dispute or for frequently asked questions, please visit our website at www.csccredit.com. Or you may mail your disputes to the address listed above.

### Credit Account Information
*(For your security, the last 4 digits of account number(s) have been replaced by *) (This section includes open and closed accounts reported by credit grantors)*

**Account Column Title Descriptions:**

| | |
|---|---|
| Account Number | - The Account number reported by credit grantor |
| Date Acct. Opened | - The Date that the credit grantor opened the account |
| High Credit | - The Highest Amount Charged |
| Credit Limit | - The Highest Amount Permitted |
| Terms Duration | - The Number of Installments or Payments |
| Terms Frequency | - The Scheduled Time Between Payments |
| Months Reviewed | - The Number of Months Reviewed |
| Activity Designator | - The Most Recent Account Activity |
| Creditor Class | - The Type of Company Reporting The Account |
| Date Reported | - Date of Last Reported Update |
| Balance Amount | - The Total Amount Owed as of the Date Reported |
| Status | - Condition of Account When Last Updated by Creditor or Otherwise |
| Amount Past Due | - The Amount Past Due as of the Date Reported |
| Date of Last Paymnt | - The Date of Last Payment |
| Actual Pay Amt | - The Actual Amount of Last Payment |
| Sched Pay Amt | - The Requested Amount of Last Payment |
| Date of 1st Delinquency | - The Date of First Delinquency |
| Date of Last Actvty | - The Date of the Last Account Activity |
| Date Maj Delq Rptd | - The Date the 1st Major Delinquency Was Reported |
| Charge Off Amt | - The Amount Charged Off by Creditor |
| Deferred Pay Date | - The 1st Payment Due Date for Deferred Loans |
| Balloon Pay Amt | - The Amount of Final(Balloon) Payment |
| Balloon Pay Date | - The Date of Final(Balloon) Payment |
| Date Closed | - The Date the Account was Closed |

| Account History Status Code Descriptions | 1 : 30-59 Days Past Due<br>2 : 60-89 Days Past Due<br>3 : 90-119 Days Past Due<br>4 : 120-149 Days Past Due | 5 : 150-179 Days Past Due<br>6 : 180 or More Days Past Due<br>G : Collection Account<br>H : Foreclosure | J : Voluntary Surrender<br>K : Repossession<br>L : Charge Off |
|---|---|---|---|

**ACS/Jp Morgan Chase Bank    2277 E 220th St Carson CA 90810-1639**

| Account Number | | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | | Creditor Classification |
|---|---|---|---|---|---|---|---|---|---|---|
| -613329* | | 06/2006 | $18,011 | | 120 Months | Monthly | 20 | Paid and Closed | | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/2011 | $0 | | 05/2011 | $5 | $50 | | 05/2011 | | | | | | 05/2011 |

Status - Pays As Agreed; Type of Account - Installment; Type of Loan - Education Loan; Whose Account - Individual Account; ADDITIONAL INFORMATION - Closed or Paid Account/Zero Balance; Student Loan;

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| 61191675* | 02/2011 | $17,302 | | 72 Months | Monthly | 3 | Paid and Closed | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/2011 | $0 | | 04/2011 | $17,177 | $293 | | 04/2011 | | | | | | 04/2011 |

Status - Pays As Agreed; Type of Account - Installment; Type of Loan - Auto; Whose Account - Joint Account; ADDITIONAL INFORMATION - Closed or Paid Account/Zero Balance; Auto;

**American Express     PO Box 981537 El Paso TX 79998-1537 : (800) 874-2717**

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| -349991483839* | 10/2007 | $0 | $1,000 | | | 6 | | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/2012 | $0 | | | | | | 06/2009 | | | | | | |

Status - Pays As Agreed; Type of Account - Revolving; Type of Loan - Credit Card; Whose Account - Individual Account; ADDITIONAL INFORMATION - Credit Card;

**Bank of America, N.A.**

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| 11974* | 05/2006 | $64,399 | | 30 Years | Monthly | 67 | | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/2012 | $58,530 | | 02/2012 | | | | 02/2012 | | | | | | |

Status - Pays As Agreed; Type of Account - Mortgage; Type of Loan - Fha Real Estate Mortgage; Whose Account - Individual Account; ADDITIONAL INFORMATION - Consumer Disputes - Reinvestigation in Process;

**Barclays Bank Delaware     PO Box 8803 Wilmington DE 19899-8803 : (866) 379-5391**

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| 540278000073* | 06/2005 | $6,935 | $4,600 | | Monthly | 81 | Paid and Closed | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/2012 | $0 | | 01/2010 | | | | 01/2010 | | | | | | 02/2011 |

Status - Pays As Agreed; Type of Account - Revolving; Type of Loan - Credit Card; Whose Account - Individual Account; ADDITIONAL INFORMATION - Account Closed At Consumers Request; Closed or Paid Account/Zero Balance; Credit Card;

**Barclays Bank Delaware     PO Box 8803 Wilmington DE 19899-8803 : (866) 379-5391**

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| 469596503605* | 07/2009 | $2,300 | $2,400 | | Monthly | 32 | Paid and Closed | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/2012 | $0 | | 06/2010 | | | | 06/2010 | | | | | | 08/2011 |

Status - Pays As Agreed; Type of Account - Revolving; Type of Loan - Credit Card; Whose Account - Individual Account; ADDITIONAL INFORMATION - Closed or Paid Account/Zero Balance; Account Closed By Credit Grantor;

**Chase Bank USA, Na     P.O.Box 15298 Wilmington DE 19850 : (800) 955-9900**

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| 418586759096* | 11/2004 | $2,564 | $2,590 | | Monthly | 41 | Paid and Closed | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/2008 | $0 | | 04/2007 | $3 | | | 04/2007 | | | | | | 04/2008 |

Status - Pays As Agreed; Type of Account - Revolving; Type of Loan - Credit Card; Whose Account - Individual Account; ADDITIONAL INFORMATION - Account Closed At Consumers Request; Closed or Paid Account/Zero Balance;