EXHIBIT G

## AFFIDAVIT OF LOST PROMISSORY NOTE

STATE OF TEXAS

COUNTY OF COLLIN

BEFORE ME personally appeared the undersigned, Karri Yurkovich, an Assistant Vice President, Operations Team Manager of Bank of America, N.A. ("Affiant") who, upon being duly sworn, states on her oath as follows:

1. Karri Yurkovich is an Assistant Vice President, Operations Team Manager of Bank of America, N.A. and makes this Affidavit in such capacity.

2. The original Promissory Note dated May 23, 2006 in the amount of Sixty-four Thousand Three Hundred Eighty-Nine and No/100 Dollars ($64,389.00), with interest of 6.25% per annum, executed by Amy J. Tapprich, has been lost or misplaced and, despite a reasonable and diligent search, its whereabouts cannot be determined.

3. A true and correct copy of the Promissory Note is attached hereto as Exhibit A.

4. The Promissory Note was secured by a Deed of Trust dated May 23, 2006, encumbering the property commonly known as 1010 E. Evergreen Street, Springfield, Missouri 65803, the Deed of Trust being recorded with the Green County Recorder of Deeds on May 26, 2006, at Book 2006, Page 028096-06.

5. The original Promissory Note bears an endorsement from First Horizon Home Loans Corporation to Countrywide Bank, N.A., an endorsement from Countrywide Bank, N.A. to Countrywide Home Loans, Inc., an endorsement from Countrywide Home Loans, Inc. to Countrywide Home Loans Servicing, LP, and an endorsement in blank from Countrywide Home Loans Servicing, L.P.

6. Bank of America, N.A. and/or its predecessor entities were in possession of the Promissory Note endorsed in blank and entitled to enforce it when loss of possession occurred.

7. The loss of possession was not the result of a transfer or a lawful seizure.

WITNESS my signature this the 16 day of MAY, 2014.

Bank of America, N.A.

By: _____ 5/16/14
Karri Yurkovich
Assistant Vice President,
Operations Team Manager

SUBSCRIBED and SWORN to before me on this 16th day of May, 2014, by Karri Yurkovich, ☐ known to me (☐ or satisfactorily proven to me through production of Personal Knowledge as identification) to be the person who appeared before me.

_____
Helena Michelle Smith
Notary Public, State of Texas
Commission No.: 126060242
My Commission Expires: 03/30/2015

EXHIBIT
G