EXHIBIT H



South & Associates, P.
6363 College Boulevard, Suite 1
Overland Park, Kansas 662
P: 913-663-76
F: 913-663-78
www.southlaw.cc

July 11, 2012

Amy J. Tapprich          (146886)                    CERTIFIED MAIL
10810 W 57th St
Shawnee, KS 66203

Re:    Property Address: 1010 E Evergreen St, Springfield, MO 65803
       Loan Servicer: Bank of America, N.A. (TX)
       Loan No. 119741876
       Note Holder: Bank of America, N.A.
       File No. 146886

Dear Borrower:

The Law Firm of South & Associates, P.C., a debt collector, is attempting to collect a debt as defined by the Fair Debt Collection Practices Act and any information obtained by the Law Firm will be used for that purpose.

Because of default in the payment of a note dated May 23, 2006, you are notified that the Note Holder elects to declare the entire principal balance in the amount of $58,530.40, due and payable together with interest from February 1, 2012, and other fees and costs. Demand is made for payment of such amounts. Please contact our office for an exact payoff amount.

The deed of trust securing the note provides that upon default the Trustee, or his successor, shall, upon request of the Note Holder, proceed to foreclose the deed of trust to satisfy the debt and costs. You are notified that the Note Holder has requested foreclosure of the deed of trust. A Trustee's sale is scheduled for August 1, 2012. A copy of the Notice of Trustee's Sale as is required by §443.325.3, RSMo.,1996, is enclosed. You are requested to surrender possession of the premises on or before August 1, 2012.

If you are in bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collect a debt, but notice of possible enforcement of the lien against the collateral property.

Sincerely,

South & Associates, P.C.
Enclosure

EXHIBIT H

South & Associates, P.C.,
6363 College Boulevard, Suite 100
Overland Park, Kansas 66211
913-663-7600
File No. 146886

913-663-7600
File No. 146886

## NOTICE OF TRUSTEE'S SALE

For default in the payment of debt secured by a deed of trust executed by Amy J. Tapprich, dated May 23, 2006, and recorded on May 26, 2006, Document No. 028096-06, in Book No. 2006, at Page 028096-06 in the Office of the Recorder of Deeds, Greene County, Missouri, the undersigned Successor Trustee will on August 1, 2012, at 11:00 AM, at the South Door of the Greene County Courthouse, Springfield, Missouri sell at public vendue to the highest bidder for cash:

ALL OF THE EAST FIFTY (50) FEET OF THE WEST ONE HUNDRED FIVE (105) FEET OF LOTS ONE HUNDRED NINETY-THREE (193) AND ONE HUNDRED NINETY-FOUR (194), AND THE NORTH TWENTY FIVE (25) FEET OF THE EAST FIFTY (50) FEET OF THE WEST ONE HUNDRED-FIVE (105) FEET OF LOT ONE HUNDRED NINETY-FIVE (195), BLOCK NINE (9), IN MASSEY'S ADDITIN, IN THE CITY OF SPRINGFIELD, GREENE COUNTY, MISSOURI, ACCORDING TO THE RECORDED PLAT THEREOF more correctly described as ALL OF THE EAST FIFTY (50) FEET OF THE WEST ONE HUNDRED FIVE (105) FEET OF LOTS ONE HUNDRED NINETY-THREE (193) AND ONE HUNDRED NINETY-FOUR (194), AND THE NORTH TWENTY FIVE (25) FEET OF THE EAST FIFTY (50) FEET OF THE WEST ONE HUNDRED-FIVE (105) FEET OF LOT ONE HUNDRED NINETY-FIVE (195), BLOCK NINE (9), IN MASSEY'S ADDITION, IN THE CITY OF SPRINGFIELD, GREENE COUNTY, MISSOURI, ACCORDING TO THE RECORDED PLAT THEREOF, commonly known as 1010 E Evergreen St, Springfield, MO 65803 (the "Property)"

subject to all prior easements, restrictions, reservations, covenants and encumbrances now of record, if any, to satisfy the debt and costs.

South & Associates, P.C., Successor Trustee

First Publication: July 12, 2012

## NOTICE

Pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. §1692c(b), no information concerning the collection of this debt may be given without the prior consent of the consumer given directly to the debt collector or the express permission of a court of competent jurisdiction. The debt collector is attempting to collect a debt and any information obtained will be used for that purpose. For more information, visit www.southlaw.com.

Exhibit H



Jennifer L. Berhorst
Direct: 816/374-3203
Fax: 816/855-3203
jennifer.berhorst@bryancave.com

October 10, 2013

Bryan Cave LLP
One Kansas City Place
1200 Main Street
Suite 3500
Kansas City, MO 64105-2100
Tel (816) 374-3200
Fax (816) 374-3300
www.bryancave.com

**VIA U.S. MAIL**

Amy Cooper
10810 W. 57th Street
Shawnee, KS 66203

Re:   Bank of America, N.A. v. Tapprich
      Case No. 1331-CC00051

Dear Amy:

I am in receipt of your recent court filings and wanted to reach out to you and see if you would be interested in discussing settlement options related to the above referenced case. Bank of America's records indicate that you are currently in default of your loan on the property located at 1010 E. Evergreen Street, Springfield, Missouri 65803 and have not made a payment on that loan since February 2012. Bank of America intends to takes steps necessary in the above referenced action to foreclose on that property.

However, in an effort to save time and expenses for all parties involved, Bank of America would be interested in offering a small cash payment to you in return for your consent to foreclose on the property. Please let me know if you would be interested in discussing settlement of this case or if you have any other questions or concerns. You may reach me directly at 816-374-3203 or by email at jennifer.berhorst@bryancave.com

Very truly yours,

Jennifer L. Berhorst

JLB:gmb

Bryan Cave Offices
Atlanta
Boulder
Charlotte
Chicago
Colorado Springs
Dallas
Denver
Frankfurt
Hamburg
Hong Kong
Irvine
Jefferson City
Kansas City
London
Los Angeles
New York
Paris
Phoenix
San Francisco
Shanghai
Singapore
St. Louis
Washington, DC

Bryan Cave
International Consulting
A TRADE AND CUSTOMS CONSULTANCY
www.bryancaveconsulting.com
Bangkok
Beijing
Jakarta
Kuala Lumpur
Manila
Shanghai
Singapore
Tokyo