# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| AMY COOPER f/k/a AMY TAPPRICH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 14-2550 SAC/JPO |
| ) | |
| BANK OF AMERICA, NATIONAL ) | |
| ASSOCIATION, et al. ) | |
| ) | |
| Defendants. ) | |

## DEFENDANT BRYAN CAVE LLP'S
## MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendant Bryan Cave LLP ("Bryan Cave"), by and through the undersigned counsel, moved to dismiss Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted.  In support of this motion, Bryan Cave files concurrently herewith its Memorandum of Law in Support of its Motion to Dismiss which sets forth the legal arguments in support of dismissal.

WHEREFORE, Bryan Cave respectfully requests that the Court grant its motion and dismiss Plaintiff's Complaint with prejudice and for such other and further relief as the Court deems just and proper.

Respectfully submitted,

**BRYAN CAVE LLP**

By:     /s/ James D. Lawrence
    James D. Lawrence, KS # 22565
    1200 Main Street, Suite 3800
    Kansas City, Missouri 64105
    Telephone: (816) 374-3200
    Facsimile: (816) 374-3300
    jdlawrence@bryancave.com

ATTORNEY FOR DEFENDANT
BRYAN CAVE LLP

**CERTIFICATE OF SERVICE**

This certifies that the foregoing was served via U.S. mail, first class postage prepaid, this 12th day of December, 2014, to:

Amy J. Cooper
617 N. Walker Lane
Olathe, KS 66061

    /s/ James D. Lawrence
Attorney for Defendant

1170404.1                                2