IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| AMY COOPER f/k/a AMY TAPPRICH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 14-2550 SAC/JPO |
| ) | |
| BANK OF AMERICA, NATIONAL ) | |
| ASSOCIATION, et al. ) | |
| ) | |
| Defendants. ) | |

### DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME

Defendants Bank of America, N.A, ("BANA") and Bryan Cave LLP ("Bryan Cave") submit the following in opposition to Plaintiff's Motion for Extension of Time [Doc. 14]:

1. On December 12, 2014, BANA and Bryan Cave each filed a Motion to Dismiss all counts of Plaintiff's Complaint. [Docs. 9-12]

2. Plaintiff's deadline to respond to the Motions to Dismiss was January 2, 2014.

3. Plaintiff did not respond on or before the required deadline.

4. On January 9, 2015, the Court issued a Notice and Order to Show Cause directing the Plaintiff to show cause in writing why Defendants' pending Motions to Dismiss should not be decided as uncontested. [Doc. 13]

5. It appears that Plaintiff filed her Motion for Extension of Time ("Motion") in response to the Order to Show Cause.

6. Plaintiff's Motion requests an additional 18 days, up to and including February 6, 2015, to file a response to Defendants' Motions to Dismiss.

7. Plaintiff's Motion does not sufficiently comply with the Court's Order to Show Cause in that it gives no explanation for her original failure to respond to the Motions to Dismiss,

and it also fails to give any explanation for her need for additional time after the deadline has passed.

8. Given Plaintiff's failure to comply with the Court's Order to Show Cause, Defendants request that the Court deny Plaintiff's Motion and enter an Order granting Defendants' Motions to Dismiss.

WHEREFORE, for the foregoing reasons, Defendants Bank of America, N.A. and Bryan Cave LLP respectfully request that the Court enter an order denying Plaintiff's Motion for Extension of Time for failure to show cause, granting Defendants' Motions to Dismiss, and for such other and further relief as the Court deems just and proper.

Respectfully submitted,

**BRYAN CAVE LLP**

By:    /s/ James D. Lawrence
    James D. Lawrence, KS # 22565
    1200 Main Street, Suite 3800
    Kansas City, Missouri 64105
    Telephone: (816) 374-3200
    Facsimile: (816) 374-3300
    jdlawrence@bryancave.com

ATTORNEY FOR DEFENDANT
BANK OF AMERICA, N.A.

## **CERTIFICATE OF SERVICE**

      This certifies that the foregoing was served via U.S. mail, first class postage prepaid, this 13th day of January, 2015, to:

    Amy J. Cooper
    617 N. Walker Lane
    Olathe, KS 66061

                                                 /s/ James D. Lawrence
                                                 Attorney for Defendant