| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. 14-2550 #13<br><br>1. Article Addressed to:<br><br>**Amy Cooper**<br>617 N Walker Ln<br>Olathe, KS 66061 | A. Signature<br>X _(signature: Amy Cooper)_  ☐ Agent  ☐ Addressee<br><br>B. Received by (Printed Name):    C. Date of Delivery: 1-12<br><br>D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below:<br>_Amy Cooper_<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br><br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7010 2780 0003 1927 2487 |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540